CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.

Ali M.M. Mojdehi  State Bar No. 123846
Christine E. Baur, State Bar No. 207811
BAKER & McKENZIE LLP
12544 High Bluff Drive, Third Floor
San Diego, CA  92130-3051
Telephone:      +1 858 523 6200
Facsimile:      +1 858 259 8290



Order Entered on
August 05, 2008
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re.
STEAKHOUSE PARTNERS, INC., a Delaware Corporation,
PARAGON STEAKHOUSE RESTAURANTS, INC., a Delaware Corporation,
PARAGON OF MICHIGAN, INC., a Wisconsin Corporation

Debtors.

BANKRUPTCY NO. 08-04147-JM11 (Jointly Administered with  08-04152 JM11 and 08-04153 JM11
Date of Hearing:
Time of Hearing:
Name of Judge:     Hon. James W. Meyers

# ORDER ON APPLICATION FOR ORDER PURSUANT TO SECTIONS 330 AND 1103(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014 APPROVING THE RETENTION OF CORPORATE RECOVERY ASSOCIATES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**IT IS ORDERED THAT** the relief sought as set forth on the continuation pages attached and numbered two (2) through 2 with exhibits, if any, for a total of 2 pages, is granted. Motion/Application Docket Entry No. 199

//
//
//
//
//
//

DATED:      August 04, 2008

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Baker & McKenzie LLP
 (Firm name)

By: /s/ Christine E. Baur
    Attorney for ☒ Movant ☐ Respondent

_____
Judge, United States Bankruptcy Court

CSD 1001A
SDODMS1/691126.1

American LegalNet, Inc.
www.USCourtForms.com

ORDER ON Application For Order Approving the Retention of Corporate Recovery Associates As Financial Advisor to the Official Committee of Unsecured Creditors

DEBTORS: STEAKHOUSE PARTNERS, INC., a Delaware Corporation, PARAGON STEAKHOUSE RESTAURANTS, INC., a Delaware Corporation, PARAGON OF MICHIGAN, INC., a Wisconsin Corporation

CASE NO: 08-04147-JM11 (Jointly Administered with 08-04152 JM11 and 08-04153 JM11

This matter having come before the Court on Application of the Official Committee of Unsecured Creditors ("Committee") for an Order Approving the Retention of Corporate Recovery Associates ("CRA") as Financial Advisor to the Committee (the "Application"); and the Court having reviewed (a) the Application for retention of CRA, (b) the Declaration of Richard J. Feferman, the Managing Director and a Principal with CRA ("Feferman Declaration"), and the Court having received no objections to the Application; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. §157(b)(2) and (c) notice of the Application was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Application and the Feferman Declaration establish just cause for the relief granted herein;

THE COURT HEREBY FINDS THAT:

A. The Application of CRA and the Feferman Declaration are in full compliance with all applicable provisions of the Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"); the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); the Local Rules of this Court (the "Local Rules"); and the United States Trustee Guidelines (the "Guidelines").

B. CRA does not hold or represent any interest adverse to the Committee's interests and is a "disinterested person," as defined in Section 101 (14) of the Bankruptcy Code and as required by Section 328(c) of the Bankruptcy Code.

C. The Committee's retention of CRA in accordance with the Application is in the best interests of the Committee.

IT IS HEREBY ORDERED THAT:

1. The Application of CRA is GRANTED.

2. The Committee is authorized to retain CRA as its financial advisor in this Chapter 11 case, pursuant to Section 1103(a) of the Bankruptcy Code.

3. CRA is authorized to perform any and all legal services for the Committee that are necessary and appropriate in connection with this Chapter 11 case.

4. CRA shall be compensated for its services and reimbursed for related expenses in accordance with the applicable provisions of Bankruptcy Code Section 330, the Bankruptcy Rules, the Local Rules, the Guidelines and any other applicable orders of this Court

IT IS SO ORDERED.

American LegalNet, Inc.
www.USCourtForms.com

**CSD 1001A**
SDODMS1/691126.1

*Signed by Judge James W. Meyers August 04,2008*