1  Gerald N. Sims (Cal. Bar No. 99133)
   Susan C. Stevenson (Cal. Bar No 127291)
2  Jennifer E. Duty (Cal. Bar No. 245308)
   PYLE SIMS DUNCAN & STEVENSON
3  A Professional Corporation
   401 B Street, Suite 1500
4  San Diego, California 92101
   Phone: (619) 687-5200
5  Fax: (619) 687-5210

6  Attorneys for James L. Kennedy,
   Chapter 7 Trustee
7

8                UNITED STATES BANKRUPTCY COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

11 In re STEAKHOUSE PARTNERS, INC., a    )   Case No. 08-04147-JM7
   Delaware corporation,                 )
                                         )   (Jointly Administered with Case Nos.
12                  Debtor.              )   08-04152 and 08-04153)
                                         )
13 _____)   **EX PARTE MOTION FOR ORDER**
                                         )   **SETTING CHAPTER 11**
14 ☒ Affects All Debtors.                )   **ADMINISTRATIVE CLAIMS BAR**
   _____)   **DATE**
15                                       )
   ☐ Steakhouse Partners, Inc.           )   Date:   None
16 _____)   Time:   None
                                         )   Dept.:  5
17 ☐ Paragon Steakhouse Restaurants, Inc.)   Judge: Honorable James W. Meyers
   _____)
18                                       )
   ☐ Paragon of Michigan, Inc.           )
19 _____)

20

21     James L. Kennedy, the Chapter 7 Trustee ("Trustee") for Paragon Steakhouse Restaurants,

22 Inc., Steakhouse Partners, Inc., and Paragon of Michigan, Inc., Debtors herein ("Debtors"), by and

23 through his attorneys, Pyle Sims Duncan & Stevenson, hereby moves this Court for an order setting

24 Chapter 11 administrative claims bar date pursuant to 11 U.S.C. § 503, and states as follows:

25     1.    This case was commenced with the filing of voluntary petitions by Steakhouse

26 Partners, Inc., Case No. 08-04147, Paragon Steakhouse Restaurants, Inc., Case No. 08-04152;

27 and Paragon of Michigan Inc., Case No. 08-94153 under Chapter 11 of Title 11 of the United

28 States Code on May 15, 2008. The cases were administratively consolidated by order entered May

1  28, 2008. [Docket No. 37.] On November 8, 2010, the case was converted to a Chapter 7 case and
2  on November 8, 2010, James L. Kennedy was appointed the Chapter 7 Trustee of Debtors'
3  bankruptcy estates. [Docket No. 650.]

4    2. The Chapter 7 Trustee has reviewed the Chapter 11 Debtor's operating reports.
5  According to those reports, since filing its Chapter 11 bankruptcy case, Debtors have incurred at
6  least $145,912 in employee withholding taxes payable, $977,302 in accrued and unpaid postpetition
7  sales taxes (various states), $1,343,736 in accounts payable/trade claims, and an unknown amount in
8  professional's fees and Chapter 11 costs, the latter of which the Trustee estimates to exceed
9  $750,000.

10    3. The Trustee submits this ex parte motion pursuant to Federal Rule of Bankruptcy
11  Procedure 3003 and Southern District of California Bankruptcy Local Rules 3003 and 9013-
12  6(a)(1)(C). A copy of the proposed notice to be given to the parties in interest is attached hereto as
13  Exhibit "A."

14    4. The Trustee will send notice of the Chapter 11 administrative claims bar date to all
15  known Chapter 11 administrative claimants at least twenty-eight (28) days, thirty-one (31) if service
16  is by mail, prior to the claims bar date as required by Federal Rules of Bankruptcy Procedure
17  2002(a)(7) and 9006(f), and Southern District of California Bankruptcy Local Rule 3003. A copy of
18  the proposed notice to Chapter 11 administrative claimants of the claims bar date is attached hereto
19  as Exhibit "A." The notice will be mailed to all administrative claimants, all creditors requesting
20  special notice, the Internal Revenue Service, and all required state and local taxing authorities.

21    WHEREFORE, the Trustee requests that this Court enter an order establishing May 31,
22  2011, as the last day to file proofs of Chapter 11 administrative claims. The Trustee will give notice
23  of said date to all parties in interest no later than April 29, 2011.

24  Dated: February 28, 2011    PYLE SIMS DUNCAN & STEVENSON
                                          A Professional Corporation
25
26
27                                    By: /s/ Susan C. Stevenson
                                        Susan C. Stevenson, Attorneys
                                        for James L. Kennedy, Chapter 7 Trustee
28

- 2 -

Gerald N. Sims (Cal. Bar No. 99133)
Susan C. Stevenson (Cal. Bar No 127291)
Jennifer E. Duty (Cal. Bar No. 245308)
PYLE SIMS DUNCAN & STEVENSON
A Professional Corporation
401 B Street, Suite 1500
San Diego, California 92101
Phone: (619) 687-5200
Fax: (619) 687-5210

Attorneys for James L. Kennedy,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re STEAKHOUSE PARTNERS, INC., a Delaware corporation,<br><br>　　　　　　　　Debtor.<br>_____<br><br>☒ Affects All Debtors.<br>_____<br><br>☐ Steakhouse Partners, Inc.<br>_____<br><br>☐ Paragon Steakhouse Restaurants, Inc.<br>_____<br><br>☐ Paragon of Michigan, Inc.<br>_____ | Case No. 08-04147-JM7<br><br>(Jointly Administered with Case Nos. 08-04152 and 08-04153)<br><br>**NOTICE OF ENTRY OF ORDER SETTING MAY 31, 2011, AS CHAPTER 11 ADMINISTRATIVE CLAIMS BAR DATE**<br><br>Date:　None<br>Time:　None<br>Dept.:　5<br>Judge: Honorable James W. Meyers |

TO:     ALL CHAPTER 11 ADMINISTRATIVE CLAIMANTS AND ALL OTHER PARTIES IN

　　　　　INTEREST:

　　　　　PLEASE TAKE NOTICE that on _____, 2011, the United States Bankruptcy Court for the Southern District of California (the "Court") entered its ORDER FIXING MAY 31, 2011, AS THE LAST DATE TO FILE PROOF(S) OF CHAPTER 11 ADMINISTRATIVE CLAIMS PURSUANT TO 11 U.S.C. § 503 IN THE ABOVE-REFERENCED BANKRUPTCY CASES. [Docket No. __.]

EXHIBIT "A"

1 | If you hold or assert any Chapter 11 administrative claim(s) against Debtors Paragon Steakhouse Restaurants, Inc., Steakhouse Partners, Inc., and Paragon of Michigan, Inc. ("Debtors"), and which claim is based upon the Debtor's primary, secondary, direct, indirect, secured, unsecured, contingent or guaranteed liability or otherwise and if you desire to share in any distribution authorized or otherwise ordered by the Court, YOU MUST FILE PROOF(S) OF CLAIM (BY MAIL OR IN PERSON) WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT THE JACOB WEINBERGER UNITED STATES COURTHOUSE, 325 WEST "F" STREET, SAN DIEGO, CALIFORNIA 92101-6991, ON OR BEFORE THE CLOSE OF BUSINESS (4:00 P.M. SAN DIEGO TIME) ON MAY 31, 2011, OR BE FOREVER BARRED FROM FILING SUCH CLAIM OR INTEREST AGAINST THE DEBTOR OR ITS ESTATE AND FROM BEING TREATED AS AN ADMINISTRATIVE CREDITOR FOR THE PURPOSES OF SHARING IN ANY DISTRIBUTION.

To assist in the prompt review and reconciliation of claims, claimants should include copies of any invoices, statements and other documents evidencing the amounts and/or basis of the claim.

A blank proof of claim form is attached to this Notice.

IF YOU ARE REQUIRED TO FILE A PROOF OF ADMINISTRATIVE CLAIM AND FAIL TO DO SO, THE FOLLOWING MAY RESULT: YOUR CLAIM MAY BE FOREVER BARRED; THE DEBTOR MAY BE DISCHARGED FROM LIABILITY ON YOUR CLAIM; AND YOU MAY BE DENIED THE RIGHT, IF ANY, TO PARTICIPATE IN OR RECEIVE ANY PAYMENT OR DISTRIBUTION ON YOUR CLAIM.

Dated: _____, 2011

PYLE SIMS DUNCAN & STEVENSON
A Professional Corporation


By:  /s/ Susan C. Stevenson
    Susan C. Stevenson, Attorneys
    for James L. Kennedy, Chapter 7 Trustee

- 2 -

EXHIBIT "A"