CSD 1001A [08/22/03]

Name, Address, Telephone No. & I.D. No.
GERALD N. SIMS (Cal. Bar No. 99133)
SUSAN C. STEVENSON (Cal. Bar No. 127291)
PYLE SIMS DUNCAN & STEVENSON
A Professional Corporation
401 B Street, Suite 1500
San Diego, CA 92101     Phone: (619) 687-5200
Attorneys for James L. Kennedy, Chapter 7 Trustee

Order Entered on
March 02, 2011
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re  **STEAKHOUSE PARTNERS, INC., a Delaware corporation,**

Debtor.

BANKRUPTCY NO. **08-04147-JM7**
(Adm. Consol w/08-04152 and 08-04153)
Date of Hearing:  **None**
Time of Hearing:  **None**
Name of Judge:  **Hon. James W. Meyers**

## ORDER APPROVING CHAPTER 7 TRUSTEE'S EX PARTE MOTION SETTING CHAPTER 11 ADMINISTRATIVE CLAIMS BAR DATE

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion/Application Docket Entry No. __695__.

//
//
//
//
//
//

DATED: **March 01, 2011**

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Judge, United States Bankruptcy Court

Submitted by:

PYLE SIMS DUNCAN & STEVENSON,
A Professional Corporation

By: /s/ Susan C. Stevenson
    Susan C. Stevenson, Attorneys for James L. Kennedy

CSD 1001A

Case 08-04147-JM7    Filed 03/01/11    Doc 696    Pg. 2 of 2

CSD 1001A [08/22/03] (Page 2)
ORDER APPROVING EX PARTE MOTION FOR ORDER SETTING CHAPTER 11 ADMINISTRATIVE CLAIMS BAR DATE
DEBTOR: **STEAKHOUSE PARTNERS, INC.**                                         CASE NO: 08-04147-JM7

The Court, having read the ex parte motion of James L. Kennedy, Chapter 7 Trustee (the "Chapter 7 Trustee") for an order setting Chapter 11 administrative claims bar date; it appearing to the Court that cause exists for granting the ex parte motion on file herein; and that setting a Chapter 11 administrative claims bar date is in the best interest of this estate;

IT IS HEREBY ORDERED that:

1.      The ex parte motion is approved;

1.      The Chapter 11 administrative claims bar date shall be May 31, 2011, and the Chapter 7 Trustee shall serve notice of the claims bar date in a form substantially similar to Exhibit "A" attached to his Ex Parte Motion for an Order Setting Claims Bar Date [Docket No. 695] on or before April 29, 2011.

CSD 1001A

*Signed by Judge James W. Meyers March 01, 2011*