1 | Peter E. Garrell, Esq. (SBN: 155177)
      pgarrell@linerlaw.com
2 | John M. Kennedy, Esq. (SBN: 156009)
      jkennedy@linerlaw.com
3 | LINER GRODE STEIN YANKELEVITZ
    SUNSHINE REGENSTREIF & TAYLOR LLP
4 | 1100 Glendon Avenue, 14th Floor
    Los Angeles, California 90024-3503
5 | Telephone: (310) 500-3500
    Facsimile: (310) 500-3501
6 |
    Attorneys for Debtors
7 | Steakhouse Partners, Inc., Paragon Steakhouse Restaurants,
    Paragon of Michigan, Inc.
8 |

9 | ### UNITED STATES BANKRUPTCY COURT

10 | ### SOUTHERN DISTRICT OF CALIFORNIA

11 |

12 | In re STEAKHOUSE    )    Case No. 08-4147-JM7
                       )
13 |        Debtor.    )    Chapter 7
                       )
14 |                   )    Honorable James W. Meyers
                       )
15 |                   )    [Jointly administered with Case Numbers:
                       )    08-04152-JM7 and
16 |                   )    08-04153-JM7 and
                       )    AP Case No. 09-90163-JM
17 |                   )
                       )    **DECLARATION OF PETER E.**
18 |                   )    **GARRELL IN SUPPORT OF FINAL**
                       )    **FEE APPLICATION OF LINER GRODE**
19 |                   )    **STEIN YANKELEVITZ SUNSHINE**
                       )    **REGENSTREIF & TAYLOR LLP**
20 |                   )
                       )    Date:        July 29, 2011
21 |                   )    Time:        10:00 a.m.
                       )    Courtroom:   5 (Room 318)
22 |

23 |

24 |

25 |

26 |

27 |

28 |

Case No. 08-4147-JM7

DECLARATION OF PETER E. GARRELL IN SUPPORT OF FINAL FEE APPLICATION OF LINER GRODE
STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR LLP

0078506/001/ 486201v01

# DECLARATION OF PETER E. GARRELL

I, Peter E. Garrell, declare as follows:

1.    I am a member in good standing of the Bar of the State of California, duly licensed to practice before all the courts of the State of California and the United States District Court for the Central District of California.  I am a partner with the law firm of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP (the "Liner Firm"), attorneys for Plaintiffs and Debtors in Possession Steakhouse Partners, Inc., Paragon Steakhouse Restaurants, Paragon of Michigan, Inc.  I submit this declaration in support of the Final Fee Application of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP.  The facts set forth herein are of my own personal knowledge, except for those matters set forth on information and belief, and as to those matters I am informed and believe them to be true.

2.    Attached hereto and incorporated herein as Exhibit "A" is a true and correct copy of the Liner Firm's Billing Statement for this matter.  To date, the Liner firm has devoted 1,659.71 hours of attorney time for total fees of $679,096.25.  However, in an exercise of billing judgment, in order to avoid for charging for any time that did not have a direct impact on the estate and to dispense with potential objections to this fee application, we have unilaterally written off fees in the amount of $108,909.75, consisting of time billed in the following categories as shown on the Billing Statement: FEA2 [Preparing Final Fee Application] $5,538.00; (2) Lit-Sur [Litigation Surcharge] $91,594.00; (3) Lit-Ana [Litigation/Analysis/Strategy] $6,548.75; (4) Lit-CA [Litigation Civil Action] $4,274.50; (5) OCM [Other Contested Matters] $830.00; and (6) PDS [Plan and Disposition Statement] $124.50.  The foregoing amounts were incurred largely in relation to a surcharge action filed on behalf of the Debtors and negotiation of a corresponding settlement agreement of the surcharge action. After the foregoing write-off, the Liner Firm's total fee request amounts to $570,186.50.

3.    The Liner Firm also requests allowance and payment of $52,615.51 for expenses incurred during the pendency of the matter and the Liner firm's representation therein, as shown on Exhibit "A."

4.    Thus, total fees and costs, after write-offs, amounts to $622,801.01. Subtracting the amount previously paid to the firm ($100,108.63) from the $622,801.01 amount, the Liner Firm is seeking a total fee award of $522,692.38.

5.    Attached hereto and incorporated herein as Exhibit "B" is a true and correct copy of the Disclosure of Compensation of Attorney for Debtor, filed on May 30, 2008 (docket document #49) in this action.

6.    Attached hereto and incorporated herein as Exhibit "C" is a true and correct copy of the Application of Debtors and Debtors in Possession to Employ Liner Yankelevitz Sunshine & Regenstreif LLP as Bankruptcy Counsel; Declaration of Julia W. Brand, filed on June 6, 2008 (docket document #57) in this action.

7.    Attached hereto and incorporated herein as Exhibit "D" is a true and correct copy of the Order on Application of Debtors and Debtors in Possession to Employ Liner Yankelevitz Sunshine & Regenstreif LLP as Bankruptcy Counsel, entered and filed on June 6, 2008 (docket document #71) in this action.

8.    Attached hereto and incorporated herein as Exhibit "E" is a true and correct copy of the Order Granting Motion for Order Establishing Interim Compensation Procedure, entered and filed on July 17, 2008 (docket document #173) in this action.

9.    Attached hereto and incorporated herein as Exhibit "F" is a true and correct copy of the Notice of Monthly Fee Statement No. 1 of Liner Yankelevitz Sunshine & Regenstreif LLP for the Month of May 2008, filed on August 4, 2008 (docket document #204) in this action.

10.    Attached hereto and incorporated herein as Exhibit "G" is a true and correct copy of the Order Approving Motion to Approve the Stipulation Among the Debtors in Possession and Secured Creditors T. Scott Avila, Creditor Trustee of the Class IV Creditor Trust Re: Use of Cash Collateral, entered and filed on December 19, 2008 (docket document #444) in this action.

11.    Attached hereto and incorporated herein as Exhibit "H" is a true and correct copy of the Docket in this action printed from PACER on January 31, 2011.

DECLARATION OF PETER E. GARRELL IN SUPPORT OF FINAL FEE APPLICATION OF LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR LLP
0078506/001/ 486201v01

1   12.   Attached hereto and incorporated herein as Exhibit "I" are true and correct copies of

2  the biographies of the following Liner Firm lawyers Peter E. Garrell, John M. Kennedy and J. Rudy

3  Freeman.

4   I declare under penalty of perjury that the foregoing is true and correct.  Executed this 16th

5  day of May, 2011, at Los Angeles, California.

6

7                                         */s/ Peter E. Garrell*
                                          Peter E. Garrell
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28