**EXHIBIT B**

CSD 1009 [04/28/96]
Name, Address, Telephone No. & I.D. No.
Enid M. Colson, Esq. (SBN: 189912)
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Ave., 14th Floor
Los Angeles, CA 90024-3503
(310) 500-3500
Bar No.:

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re STEAKHOUSE PARTNERS, INC., a Delaware corporation

BANKRUPTCY NO.
08-04147-11

Debtor.

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................. $ A retainer of 100,000.00

   Prior to the filing of this statement I have received ......................... $ A retainer of 100,000.00

   Balance Due.................................................. $ See attached

2. The source of the compensation paid to me was:

   [ ] Debtor          [X] Other (specify) See attached

3. The source of compensation to be paid to me is:

   [ ] Debtor          [X] Other (specify) See attached

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. ~~In return for the above-disclosed fee,~~ I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

CSD 1009                                                    [Continued on Page 2]
CSD-1009

CSD 1009 (Page 2) [04/28/96]
STEAKHOUSE PARTNERS, INC., a Delaware corporation

 c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

 d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

 e. [Other provisions as needed] To be determined as appropriate.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services: Not applicable

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

DATED: May 30, 2008

           /s/ Enid M. Colson
           (Typed Name and Signature)
           Enid M. Colson

           Liner Yankelevitz Sunshine & Regenstref LLP
           (Name of Law Firm)

CSD 1009

CSD 1009
*In re Steakhouse Partners, Inc.*    Case No. 08-04147-11
Page 3

Response to 1: My firm agreed to accept a prepetition retainer of $100,000. This amount is only a retainer and is neither an estimate of, nor a cap on, the total fees and costs which may be incurred by the firm during these bankruptcy cases.

Response to 3: Prepetition my firm received a prepetition retainer of $100,000 jointly from the three Debtors (Steakhouse Partners, Inc.; Paragon Steakhouse Restaurants, Inc.; and Paragon of Michigan, Inc.). In accordance with their ordinary course accounting procedures the obligations of each individual Debtor are accounted for through intercompany receivables / payables accounts which are reconciled monthly.

Response to 4: Post-petition my firm will be paid (subject to approval and allowance under § 330) jointly by the Debtors and the obligations of each individual Debtor will be accounted for through intercompany receivables / payables accounts which will be reconciled monthly. The source of post-petition payments to my firm will be the remaining balance of the retainer and postpetition funds available.