**EXHIBIT D**

// 0v0

CSD 1001C [11/15/04]
Name, Address, Telephone No. & I.D. No.
Julia W. Brand, Esq. (SBN: 121760)
Enid M. Colson, Esq. (SBN: 189912)
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Ave., 14th Floor
Los Angeles, CA 90024-3503
(310) 500-3500

Order Entered on
June 09, 2008
by Clerk U.S. Bankruptcy Court
Southern District of California

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re STEAKHOUSE PARTNERS, INC., et al.

Debtor.

BANKRUPTCY NO.
08-04147-11

Date of Hearing: Jointly administered
Time of Hearing: with Case Nos.
Name of Judge: 08-04152 and 08-04153

**ORDER ON** APPLICATION OF DEBTORS AND DEBTORS IN POSSESSION TO EMPLOY LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP AS BANKRUPTCY COUNSEL

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through 2 with exhibits, if any, for a total of 2 pages, is granted. Notice of Lodgment motion/Application Docket Entry No. 57

//
//
//
//
//
//

DATED: June 06, 2008

Signature by the attorney constitutes a certification under Fed. R. Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Enid M. Colson, Esq. (SBN: 189912)
(Firm name)

By: /s/ Enid M. Colson
Attorney for ☐ Movant ☐ Respondent
DEBTOR AND DEBTOR-IN-POSSESSION

CSD 1001C

Judge, United States Bankruptcy Court

CSD1001C

CSD 1001C [11/15/04]   (Page 2)
ORDER ON APPLICATION OF DEBTORS AND DEBTORS IN POSSESSION TO EMPLOY LINER, et al.
DEBTOR: STEAKHOUSE PARTNERS, INC., et al.                CASE NO: 08-04147-11

The Court having considered the Application of Debtors and Debtors in Possession to Employ Liner Yankelevitz Sunshine & Regenstreif LLP (the "Firm") as Bankruptcy Counsel (the "Application), the exhibits attached to thereto and the Declaration of Julia W. Brand filed in support of the Application, and good cause appearing therefore

IT IS HEREBY ORDERED AS FOLLOWS:

The Debtors are authorized to retain Liner Yankelevitz Sunshine & Regenstreif LLP as their bankruptcy counsel effective as of May 15, 2008 pursuant to the terms of the Application.

CSD 1001C

*Signed by Judge James W. Meyers June 06, 2008*