# EXHIBIT F

1 | Julia W. Brand, Esq. (SBN: 121760)
       jbrand@linerlaw.com
2 | Enid M. Colson, Esq. (SBN: 189912)
       ecolson@linerlaw.com
3 | LINER YANKELEVITZ
     SUNSHINE & REGENSTREIF LLP
4 | 1100 Glendon Avenue, 14th Floor
     Los Angeles, California 90024-3503
5 | Telephone: (310) 500-3500
     Facsimile: (310) 500-3501
6 |
     Counsel for Debtors and Debtors in Possession
7 |
8 |
9 |
10 |          **UNITED STATES BANKRUPTCY COURT**
11 |          **SOUTHERN DISTRICT OF CALIFORNIA**
12 | In re:                                    Case No. 08-04147-11
13 | STEAKHOUSE PARTNERS INC., a Delaware       Chapter 11
     corporation,
14 |                                            [Jointly administered with Case Nos.: 08-04152-11 and
                                                08-04153-11
15 |                 Debtors.
                                                **NOTICE OF MONTHLY FEE STATEMENT NO. 1 OF**
16 |                                            **LINERY YANKELEVITZ SUNSHINE &**
                                                **REGENSTREIF LLP FOR THE MONTH OF MAY**
17 |                                            **2008**
18 |                                            [No Hearing Set]
19 |                                            Judge:          The Honorable James W. Meyers
20 | ☒ Affects All Debtors
21 | ☐ Steakhouse Partners, Inc.,
22 | ☐ Paragon Steakhouse Restaurants, Inc.
23 | ☐ Paragon of Michigan, Inc.
24 |
25 |
26 |
27 |
28 |

1   TO THE HONORABLE JAMES W. MEYERS, UNITED STATES BANKRUPTCY JUDGE, ALL SECURED

2   CREDITORS, THE TWENTY LARGEST UNSECURED CREDITORS OF STEAKHOUSE PARTNERS AND

3   PARAGON OF MICHIGAN, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

4   OF PARAGON STEAKHOUSE RESTAURANTS, PARTIES REQUESTING SPECIAL NOTICE AND THE

5   UNITED STATES TRUSTEE:

6         **PLEASE TAKE NOTICE** that Liner Yankelevitz Sunshine & Regenstreif LLP ("LYSR"), counsel for

7   the debtor and debtors in possession in the above captioned bankruptcy cases, hereby submits its Monthly

8   Fee Statement No. 1 (May 2008) attached hereto as Exhibit A.

9         **PLEASE TAKE FURTHER NOTICE** that pursuant to the "Order Granting Motion for Order

10  Establishing Interim Compensation Procedure" entered by this Court on July 18, 2008, LYSR will withdraw the

11  100% of the amounts requested on the Monthly Fee Statement No. 1 (May 2008) unless an objection is filed

12  with the United States Bankruptcy Court and served on LYSR within ten (10) days from the date of service of

13  this Notice and the Monthly Fee Statement.  Any such objection must set forth in specificity the basis of such

14  objection to the requested fees and / or expenses.

15

16  Dated: August 4, 2008                          LINER YANKELEVITZ
                                                    SUNSHINE & REGENSTREIF LLP
17

18
                                          By:   _/s/ Enid M. Colson_
19                                              Julia W. Brand
                                                Enid M. Colson
20                                              Counsel for Debtors and Debtors-In-Possession

21

22

23

24

25

26

27

28

# EXHIBIT A

Attorney or Professional Name, Address, Telephone and FAX
Julia W. Brand, Esq. (SBN: 121760), jbrand@linerlaw.com
Enid M. Colson, Esq. (SBN: 189912), ecolson@linerlaw.com
LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone:  (310) 500-3500
Facsimile:  (310) 500-3501

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| In re:                                                                                                            |   |
|---|---|
| STEAKHOUSE PARTNERS INC., a Delaware corporation,  Debtors.  ⊠  Affects Debtors, Steakhouse Partners, Inc., Paragon Steakhouse Restaurants, Inc., and Paragon of Michigan, Inc. | Case No. 08-04147-11, Jointly administered with 08-04152 and 08-04153  **Monthly Fee Statement**  Number: 1  Month of:  May, 2008 |

| | |
|---|---|
| 1.  Name of Professional: | Liner Yankelevitz Sunshine & Regenstreif LLP |
| 2.  Date of entry of order approving employment of the professional: | June 9, 2008, effective as of May 15, 2008 |
| 3.  Total amount of pre-petition payments received by the professional: | $100,000.00 |
| 4.  Less: Total amount of pre-petition services rendered and expenses: | $45,130.00 |
| 5.  Balance of funds remaining on date of filing of petition: | $54,870.00 |
| 6.  Total amount of services and expenses this reporting period: | $66,730,19 |
| 7.  Total amount of fees and costs to be paid this period (100% of Fees and 100% of costs) | $66,730,19 |
| 8.  Balance of funds remaining for next reporting period: | $0 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE.  100% OF THE FEES AND 100% OF THE COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | |
|---|---|
| 9.  Total number of pages attached hereto: | |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated:  July 31, 2008

Type Name: Enid M. Colson

Signature

/s/ Enid M. Colson

---

PROFESSIONAL MONTHLY FEE STATEMENT (Page 1 of 2)

Summary of Services by Liner Yankelevitz Sunshine & Regenstreif, LLP

The following represents a summary of the services rendered by Liner Yankelevitz Sunshine & Regenstreif LLP ("Liner") attorneys for the Debtors during the period 5/15/08-5/31/08.

Liner prepared the following First Day Motions:

> Motion for Order Directing Joint Administration of Related Cases

> Motion to Limit Notice

> Application to Pay Wages and Salaries , etc. of Non-Insiders Which Accrued Prepetition & Related Relief

> Motion for Order (1) Authorizing Continued Use of Existing Business Forms and Authorizing Maintenance of Existing Corporate Bank Accounts and Cash Management System

> Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) and Establishing Procedures for Determining Requests for Additional Adequate Assurance

> Motion for Order Authorizing Payment of Installments Under Prepetition Insurance Premium Agreement

Liner prepared the applicable declarations with regard to the First Day Motions, responded to objections filed thereto, attended the hearing thereon and prepared orders for the First Day Motions.

Liner also prepared a Motion to Extend Time to File Schedules for each of the Debtors as well as assisting the Debtors with the preparation and compilation of the items required in the 15 Day Package mandated by the Office of the United States Trustee.

Liner conferred extensively with representatives of the Debtors and the secured creditor to resolve outstanding issues with regard to the chapter 11 filings.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, California 90024-3503.  On August 4, 2008, I served the within document(s) described as:

**NOTICE OF MONTHLY FEE STATEMENT NO. 1 OF LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP FOR THE MONTH OF MAY 2008**

on the interested parties in this action as stated on the attached mailing list.

[X]  (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above.  I am readily familiar with this firm's practice for collection and processing of correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

[ ]  (BY OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth on the attached mailing list, with fees for overnight delivery paid or provided for.

[ ]  (BY FAX) By transmitting a true copy of the foregoing document(s) via facsimile transmission from this firm's facsimile machine, to each interested party at the facsimile machine telephone number(s) set forth on the attached mailing list.  Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issued by this firm's sending facsimile machine.  Each such transmission was reported as complete and without error and a transmission report was properly issued by this firm's sending facsimile machine for each interested party served.  A true copy of each transmission report is attached to the office copy of this proof of service and will be provided upon request.

[ ]  (BY E-MAIL) By transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth on the attached mailing list.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 4, 2008, at Los Angeles, California.

LAURENCE E. PERRY
(Type or print name)

(Signature)

1

**PROOF OF SERVICE RE NTC OF MONTHLY FEE STMT NO. 1**

0078506/001/ 402320v01

## MASTER SERVICE LIST

*In re Steakhouse Partners, Inc., In re Paragon Steakhouse Restaurants, Inc.,*

*and In re Paragon of Michigan Inc.*

**Debtor in Possession**
Susan Schulze-Claasen
Steakhouse Partners, Inc.
10200 Willow Creek Road
San Diego, California  92131

**United States Trustee**
United States Trustee
United States Department of Justice
402 West Broadway, Suite 600
San Diego, CA  92101
Mary.m.testerman@usdoj.gov
Facsimile: 619-557-5339

**Secured Creditor Class 4 Creditor Trust**
Sharon Weiss, Esq.
David Weinstein
Richardson & Patel, LLP
10900 Wilshire Blvd., Suite 500
Los Angeles, CA 90024-6525
sweiss@richardsonpatel.com
dweinstein@richardsonpatel.com

2

## Creditors Alleging Secured Status

~~Secured Creditor Roto-Rooter Plumber~~
~~Rotoco, Inc., d/b/a Roto-Rooter Plumber~~
~~c/o Michael S. Martin, Esq.~~
~~Myers, Widders, Gibson, Jones & Schneider LLP~~
~~P. O. Box 7209~~
~~Ventura, CA 93006~~
~~mmartin@mwgjs.com~~

Richard L. Sandler
Rewards Network (f/n/a Idine Restaurant Group)
Two North Riverside Plaza, Suite 950
Chicago, IL 60606

Solano County Tax
675 Texas St, Suite 1900
Fairfield, CA  94533-6337
Telephone:  (707)- 784-7485

State of Ohio - Department of Taxation
Thomas M. Zaino, Tax Commissioner
William W. Wilkins, Tax Commissioner
Rebecca L. Daum, Esq.
Attorney - Bankruptcy Division
PO Box 530
Columbus, OH  43216-1530
Fax:  614-995-0164
email:  rebecca_daum@tax.state.oh.us

Michael Nelson
2579 Victoria Meadows Drive
Alpine, CA  91901-1430

Chief Executive Officer
Utah State Tax Commission
210 North 1950 West
Salt Lake City, Utah 84134

Richard J. Froehlich
c/o Jeff Davis, Esq.
Mintz Levin Cohn Ferris Glovsky & Pope
3580 Carmel Mountain Road, Suite 300
San Diego, CA  92130
jadavis@mintz.com
Telephone:  (858) 314-1503
Facsimile:  (858) 314-1501

V.L. Valko, Treasurer
City of Auburn Hills
1827 N. Squirrel Rd.
Auburn Hills, MI 48326

Carol Lushell, Tax Analyst
Indiana Dept of Revenue
Bankruptcy Section N-240
100 North Senate Avenue
Indianapolis, IN  46204

## Request for Special Notice

**Request for Special**
Challenge Dairy Products, Inc.
Ruth Elin Auerbach, Esq.
711 Van Ness Ave., Suite 440
San Francisco, CA 94102
attorneyruth@sbcglobal.net
Telephone:  (415) 673-0560 - Fax:  (415) 673-0562

**Counsel for James Watt – Landlord for Roseville, CA**
H Christopher Hittig
44 Montgomery Street, Suite 3780
San Francisco, CA  94104
Christopher @hittig.com
Telephone:  (415) 362-9536 - Fax: (415) 362-9530

**PROOF OF SERVICE RE NTC OF MONTHLY FEE STMT NO. 1**

0078506/001/ 402320v01

1  James Watt
   1 Hallidie Plaza, Suite 701
2  San Francisco, CA 94102

3

4

5

6  **Request for Special Notice – Attorneys for**
   **Central Meat and Provision**
7  Drew L. Lyman, Esq.
   Lyman & Potente, APLC
8  2635 Camino Del Rio South, Suite 201
   San Diego, CA 92108
9  dlyman@lymanpotente.com
   Telephone: (619) 299-2399
10 Facsimile: (619) 299-2398

11 **Request for Special Notice – Attorney for**
   **Mountain Jacks in Acme Michigan and Counsel**
12 **for Charters – Isabella Bank – Landlord for N.**
   **Traverse City, MI**
13 Richard W. Labowe, Esq.
   Labowe, Labowe & Hoffman, LLP
14 1631 W. Beverly Blvd., 2nd Floor
   Los Angeles, CA 90026
15 Llhlaw1631@aol.com
   Telephone: (213) 250-9800 Ext: 103
16 Facsimile: (213) 975-1145

17 **Request for Special Notice - General Produce Co.,**
   **Ltd.**
18 Daniel A. McDaniel, Esq.
   Professional Law Corporations
19 235 East Weber Avenue
   PO. Box 1461
20 Stockton, CA 95201-1461
   damplc@pacbell.net
21 Telephone: (209) 465-5883

22 **Request for Special Notice**
   Madeleine C. Wanslee
23 Gust Rosenfeld P.L.C.
   201 E. Washington, Suite 800
24 Phoenix, AZ 85004-2327
   mwanslee@gustlaw.com
25 Telephone: (602) 257-7430
   Facsimile: (602) 340-1538

26

27

28

**Counsel for Iron Mountain Information**
**Management, Inc.**
Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
ffm@bostonbusinesslaw.com
Telephone: (617) 422-0200
Facsimile: (617) 422-0383

Mark Edward Bradshaw, Esq.
Shulman Hodges & Bastian LLP
26632 Towne Centre Dr., #300
Foothill Ranch, CA 92610
mbradshaw@shbllp.com
Telephone: (949) 340-3400
Facsimile: (949) 340-3000

**Request for Special Notice - Counsel for Audie**
**Dudum – Landlord for Lafayette, CA**
Rami S. Shamieh, Esq.
Law Offices of A. Nick Shamiyeh
2221 Olympic Blvd., Suite 100
Walnut Creek, CA 94595
rshamieh@gmail.com
tel. 925-935-9401
fax 925-935-9407
cell 650-224-1366

**Request for Special Notice – Attorneys for**
**AFCO Acceptance Corporation**
Elissa D. Miller, Esq.
Sulmeyer Kupetz
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, CA 90071
emiller@sulmeyerlaw.com
Telephone: (213) 626-2311
Facsimile: (213) 629-4520

**Request for Special Notice – Attorneys for**
**National Retail Properties, Inc. – Landlord for**
**Centerville, OH**
Zachary J. Bancroft, Esq.
Lowndes Drosdick Doster Knter
  And Reed, P.A.
450 S. orange Ave., Suite 250
POB 2809
Orlando, FL 32802
Zachary.bancroft@lowndes-law.com
Telephone: (407) 418-6214
Facsimile: (407) 843-4444

**PROOF OF SERVICE RE NTC OF MONTHLY FEE STMT NO. 1**

0078506/001/ 402320v01

**Request for Special Notice - Landlord for Willow Creek Rd.**
**San Diego, CA**
BFC-Willow Creek, LLC
Attn: Eric Luna
Bonair Financial Corporation
3189 American Saddler Drive
Park City, Utah 84060
Telephone: (858) 262-6893

**Request for Special Notice - Co-Counsel for Willow Creek Rd., San Diego, CA**
Jean M. Heinz
Heinz & Feinberg
707 Broadway #1800
San Diego, CA 92101-5311
jeanheinz@nethere.com
Telephone: (619) 238-5454

**Request for Special Notice – For County of Kern State of California**
Jackie Denney
Treasurer/Tax Collector
County of Kern, State of California
Bankruptcy Division
P. O. Box 579
Bakersfield, CA 93302-0579
**bankruptcy@co.kern.ca.us**
Telephone: (661) 868-3490

### 20 Largest Unsecured Creditors - In re Steakhouse Partners

Mason Matthies
RR Donnelley Recievables, Inc.
4350 La Jolla Village Drive, Suite 300
San Diego, CA 92122

Chief Executive Officer
Accounts Receivable Department
Corporate Trust Center
Delaware Secretary of State
1209 Orange Street
Wilmington, DE 19801

Officer, Managing or General Agent
PR Newswire
GPO Box 5897
New York, NY 10087

**Counsel for Marv T. Levin**
James E. Kroetch
Attorney at Law
3230 Greenhills Drive
Lafayette, CA 94549
Jek12345@comcast.net
Telephone: (925) 478-3346
Facsimile: (925) 478-3359

### 20 Largest Unsecured Creditors Common to In re Steakhouse Partners & Paragon of Michigan

Christopher Forrester
Morrison / Foerster LLP
PO Box 60000
San Francisco, CA 94160-2497
cforrester@mofo.com
Facsimile: 858-720-5125
        12531 High Bluff Drive, #100
        San Diego, CA 92014

Mitchell C. Littman
Littman Krooks LLP
655 Third Avenue
New York, NY 10017
mlittman@littmankrooks.com
Telephone: (212) 490-2990

5

**PROOF OF SERVICE RE NTC OF MONTHLY FEE STMT NO. 1**

| | 20 Largest Unsecured Creditors of Paragon of Michigan |
|---|---|

Charles L. Robinson
Critical Capital Growth Fund, LP
90 Park Avenue, 31st Floor
New York, NY. 10016

Attn: Kevan Farrar
Southwest Traders, Inc.
27711 Diaz Road
Temecula, CA. 92590

**Request for Special Notice – Via U. S. Mail**
**Attorneys for Central Meat and Provision**
Drew L. Lyman, Esq.
Lyman & Potente, APLC
2635 Camino Del Rio South, Suite 201
San Diego, CA 92108
Telephone: (619) 299-2399
Facsimile: (619) 299-2298
dlyman@lymanpotente.com

**Landlord for Sandy, UT & Glendale, AZ**
Realty Income Corp.
Joseph H. Huston, Jr.
Stevens & Lee, P.C.
Suite 700, 1105 North Market Street
Wilmington, DE 19801
Direct Dial: 302-425-3310
Direct Fax: 610-371-7972
jhh@stevenslee.com

**Landlord for Oceanside, CA**
Jack Star
Attn: Jack Star
1405 Fuerte Heights Ln.
El Cajon, CA 92019
Telephone: (619) 401-8900

Terri O'Neal
Blue Shield of California
1210 Commerce Ave, Ste #4
Woodland, CA. 95776-9021

Richard L. Sandler
Rewards Network (f/n/a Idine)
Two North Riverside Plaza, Suite 950
Chicago, IL 60606

Robert Ernst
Ernst Luce California LLC
12401 Helena Street
Los Angeles, CA. 90049

**Landlord for Bakersfield, CA**
Richard J. Froehlich
c/o of Jeff Davis, Esq.
Mintz Levin Cohn Ferris Glovsky & Pope
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
jadavis@mintz.com
Telephone: (858) 314-1503
Facsimile: (858) 314-1501

Attention: Joan
US Foodservice, Inc. Chicago
Box 98612
Chicago, IL. 60693-8612

Peter M. Gilhuly
Latham & Watkins
633 W. 5th Street, Suite 4000
Los Angeles, CA. 90071
peter.gilhuly@lw.com
Facsimile: 213-891-8763

**Counsel for James Watt**
H Christopher Hittig
44 Montgomery Street, Suite 3780
San Francisco, CA 94104
Christopher @hittig.com
Telephone: (415) 362-9536
Facsimile: (415) 362-9530

6

1

**Tippecanoe Place LLC – Landlord for South Bend, IN**
c/o Judy Tsai, Esq
Law Office of Judy Tsai
101 Metro Drive, Ste. 250
San Jose, CA 95110
judytsai1@aol.com
Telephone: (408) 441-7800, Est. 209
Facsimile: (408) 441-7302

**Counsel for Audie Dudum – Landlord for Lafayette, CA**
Rami S. Shamieh, Esq.
Law Offices of A. Nick Shamiyeh
2221 Olympic Blvd., Suite 100
Walnut Creek, CA 94595
rshamieh@gmail.com
tel. 925-935-9401
fax 925-935-9407
cell 650-224-1366

John Carnesale
National Retail Properties, Inc.
450 S. Orange Ave, Ste. 900
Orlando, FL. 32801

Denise Russel
Gary A. Yeomans Revocable Living Trust
611 Industrial Parkway
Imlay City, MI. 48444-0369

**Landlord for Centerville, OH**
Zachary J. Bancroft, Esq.
Lowndes Drosdick Doster Knter
   And Reed, P.A.
450 S. orange Ave., Suite 250
POB 2809
Orlando, FL 32802
Zachary.bancroft@lowndes-law.com
Telephone: (407) 418-6214
Facsimile: (407) 843-4444

Jim Balis
Balis d/b/a Restaurant Management Group/
Complete Asset Management
2913 Whidden St
Boise, ID 83702
Facsimile: (877) 590-3929

**Official Committee of Unsecured Creditors of Paragon Steakhouse Restaurants**

**Counsel to Creditors Committee**
Ali M.M. Mojdehi
Christine E. Baur
Baker & McKenzie LLP
12544 High Bluff Drive, Third Floor
San Diego, CA 92130-3051
ali.m.m.mojdehi@bakernet.com
christine.e.baur@bakernet.com
Telephone: (858) 523-6280
Facsimile: (858) 259-8290

7

**PROOF OF SERVICE RE NTC OF MONTHLY FEE STMT NO. 1**

0078506/001/402320v01