Case 08-04147-JM7 Filed 05/16/11 Doc 702-12 Pg. 1 of 13

# EXHIBIT I

//0v0



Case 08-04147-JM7 Filed 05/16/11 Doc 702-12 Pg. 2 of 13

**Peter E. Garrell, Partner**

Email: pgarrell@linerlaw.com
Direct Dial: 310.500.3576

**Peter E. Garrell** is a litigation attorney in the Los Angeles office. Peter has handled numerous real estate, commercial and entertainment litigation matters from inception through conclusion and has successfully tried and arbitrated multiple cases on behalf of both plaintiffs and defendants. He provides seminars and lectures on topics that affect the ongoing businesses of clients.

**Practice Area(s)**

- Real Estate Litigation
- Product Liability
- Employment/Class Actions

**Education**

- Clark University (B.A., 1988)
- University of Bridgeport, Connecticut (J.D., 1991)

**Admissions**

- The State Bar of California
- United States Supreme Court
- *Pro Hac Vice* in various jurisdictions

**Notable Engagements**

- Peter started representing commercial property owners in asbestos litigation in the early 1990's. His representation involved claims of asbestos exposure at dozens of shopping malls and office buildings throughout California. Thereafter Peter became one of the lead Liner attorneys for a major chemical company in its California toxic tort and asbestos litigation in which he has litigated in excess of 50 cases from initial pleading through Summary Judgment. Peter has also represented shopping malls, office buildings and restaurants in claims arising from alleged violations of the American with Disabilities Act and Unruh Civil Rights Act.
- Peter has recently worked on a series of matters pending in both federal and state courts in which shareholders of a closely held corporation were suing each other for corporate defalcations, RICO claims, breach of contract and specific performance of a buy-out provision in a purchase-sale agreement. In one particular matter, the opposing parties consented to the buy-out which was sought by the firm's clients on the eve of a hearing on summary judgment and the matters were dismissed leaving the firm's clients as sole owners of the business.
- Peter also works on employment matters and has spent significant time defending clients in class action lawsuits alleging wage and hour violations.
- Peter has been engaged in various tort cases including business torts, personal injury and mass torts such as chemical exposure and asbestos claims.
- Developed, implemented and directed an Alternative Dispute Resolution ("ADR") Program as special litigation counsel for a nationwide company undergoing bankruptcy court reorganization.

LINER GRODE STEIN
YANKELEVITZ SUNSHINE
REGENSTREIF + TAYLOR LLP

LA 1100 Glendon Avenue, 14th Floor Los Angeles, CA 90024.3505 t.310.500.3500 f.310.500.3501
SF 199 Fremont Street, 20th Floor San Francisco, CA 94105.2255 t.415.489.7700 f.415.489.7701
www.linerlaw.com



Case 08-04147-JM7 Filed 05/16/11 Doc 702-12 Pg. 3 of 13

**Practice Area(s)**

- Appellate Specialist
- General civil litigation
- Business litigation, including trial and appellate work
- Products liability
- Real estate/Unlawful Detainer Actions
- Construction
- Contracts
- Fraud
- Intellectual property
- Specific performance
- Investments
- Corporate governance
- Insurance coverage

**Education**

- University of Michigan (J.D., *cum laude*, 1991)
- Colgate University (B.A., *magna cum laude*, 1987)

**Admissions**

- The State Bar of California
- United States District Court for the Central, Eastern, Southern, and Northern Districts of California

**John M. Kennedy, Senior Counsel**

Email: jkennedy@linerlaw.com
Direct Dial: 310.500.3536

**John M. Kennedy** is Senior Counsel in the Los Angeles office of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP. John's practice is centered in the products liability and construction areas of the law, and he continues to build a sophisticated appellate practice. John's practice focuses on complex commercial, mass tort and bad faith litigation, as well as construction, toxic tort, OSHA, and class actions involving allegations of fraud and products liability.

John has defended clients in a wide range of matters including intellectual property, environmental disasters, business disputes, insurance coverage disputes and alleged violations of the federal securities laws.

John also has significant experience in entertainment and intellectual property litigation. He represented numerous entertainment clients including Bug Music and Randy Quaid. John has represented a number of artists in copyright infringement litigation.

John has represented clients in patent, real estate and construction-related matters at both the trial and appellate levels. In particular, he represented plaintiffs in bad faith insurance coverage homeowner disputes, which involved significant liability and valuation issues requiring the retention of a number of expert witnesses. John has also represented buildings and restaurants in claims arising from alleged violations of the Americans with Disabilities Act and Civil Rights Act.

**Notable Engagements**

- John is a member of the California toxic tort and asbestos litigation defense team for a major American chemical company.
- John served as in-house counsel to a film production company and supervised trademark and intellectual property litigation by outside counsel.
- John represented a client in a construction defect case against an engineer, who settled during trial.
- John represented a client in relation to a water-rights dispute in Arizona.

LINER GRODE STEIN
YANKELEVITZ SUNSHINE
REGENSTREIF • TAYLOR LLP

LA 1100 Glendon Avenue, 14th Floor Los Angeles, CA 90024.3505 t.310.500.3500 f.310.500.3501
SF 199 Fremont Street, 20th Floor San Francisco, CA 94105.2255 t.415.489.7700 f.415.489.7701
www.linerlaw.com

Case 08-04147-JM7 Filed 05/16/11 Doc 702-12 Pg. 4 of 13

- Ninth Circuit Court of Appeals

- John represented a major refuse hauler in a breach of contract action.
- John represented a major oil company in an environmental disaster case.
- John represented a national restaurant chain in a trade-dress infringement action.
- John represented a national radio company in a multi-million dollar lease dispute.

**Publications/Speaking Engagements**

John's published cases include:

- *Morton v. Rank America, Inc.* (C.D. Cal. 1993) 812 F. Supp. 1062.
- *Montrose Chemical Corp. v. Superior Court* (1993) 6 Cal.4th 287.
- *Janken v. G.M. Hughes Electronics* (1996) 46 Cal.App.4th 55.
- *Crosstalk Productions, Inc. v. Jacobson* (1998) 65 Cal.App.4th 631.
- *StreetScenes v. ITC Entertainment Group, Inc.* (2002) 103 Cal.App.4th 233.
- *Cleveland v. Internet Specialties West, Inc.* (2009) 171 Cal.App.4th 24.

John's speaking engagements have included:

- Guest lecturer on a wide variety of appellate subjects in "The Complete Appeal: Strategies from Start to Finish," An Intermediate to Advanced Appellate Course, May 8, 2008, Los Angeles, California.
- An MCLE seminar entitled "Insight from a Former Research Attorney: Tips for Not Losing Your Appeal in the Trial Court." Los Angeles, California. State Bar MCLE Approval from August 13, 2008 to August 13, 2010.

**Professional Activities**

- John was appointed to the State Bar of California's Committee on

LINER GRODE STEIN
YANKELEVITZ SUNSHINE
REGENSTREIF • TAYLOR LLP

LA 1100 Glendon Avenue, 14th Floor Los Angeles, CA 90024.3505 t.310.500.3500 f.310.500.3501
SF 199 Fremont Street, 20th Floor San Francisco, CA 94105.2255 t.415.489.7700 f.415.489.7701
www.linerlaw.com

Case 08-04147-JM7 Filed 05/16/11 Doc 702-12 Pg. 5 of 13

Appellate Courts. He is also a member of the American and Los Angeles County Bar Associations. John serves as an appellate mediator for the California Court of Appeal, Second Appellate District.

- John served as a senior appellate attorney for the California Court of Appeal, Second Appellate District in 2001. In that capacity, he drafted over 275 bench memoranda for the Court thus leading him to become an appellate specialist. While at the Court, he authored bench memoranda in civil, criminal, probate and family law cases, involving a broad array of issues, from fraud, bad faith homeowner insurance coverage disputes from the Northridge Earthquake, first amendment rights, to criminal sentencing and custody disputes.

LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF + TAYLOR LLP
LA 1100 Glendon Avenue, 14th Floor Los Angeles, CA 90024.3505 t.310.500.3500 f.310.500.3501
SF 199 Fremont Street, 20th Floor San Francisco, CA 94105.2255 t.415.489.7700 f.415.489.7701
www.linerlaw.com



Case 08-04147-JM7 Filed 05/16/11 Doc 702-12 Pg. 6 of 13

**J. Rudy Freeman, Senior Counsel**
Bankruptcy/Corporate Department

Email: rfreeman@linerlaw.com
Direct Dial: 310.500.3526

**J. Rudy Freeman** is a member of Liner's Bankruptcy and Corporate Departments. Mr. Freeman has substantial business and legal experience that give him a unique and insightful perspective when dealing with different facets of his practice. Mr. Freeman's practice includes representing debtors, creditors' committees, and individual creditors, in Chapter 11 cases. Mr. Freeman also has substantial experience representing corporations and financial institutions in various equity and debt financings, debt restructuring matters, syndicated loan and security transactions, mergers and acquisitions, venture capital financing and public offerings. Mr. Freeman's relevant business experience also includes serving as vice president and general counsel of a sports and entertainment company and being a principal in a traditional long/short hedge fund focused on publicly traded media and telecommunications companies.

**Practice Area(s)**

Bankruptcy, Corporate, Finance, Mergers & Acquisitions

**Notable Cases**

- Chapter 11 debtors in People's Choice Home Loans, Inc.; Prime Measurement Products, Inc.; Maxide Acquisitions, Inc.; Breuner's Home Furnishings
- Chapter 11 committees: unsecured creditors' committees in Marion "Suge" Knight/Death Row Records; Tort litigants' committee in Archdiocese Spokane, Washington; unsecured creditors' committee in Piknik Products Company

**Publications/Speaking Engagements**

Mr. Freeman is a frequent speaker for the American Bar Association, Section of Business Law; The American Bankruptcy Institute; and the Black Entertainment and Sports Lawyers Association (BESLA).

**Education**

University of California, Los Angeles, (B.A., 1993); Loyola Law School of Los Angeles (J.D., 1996).

LINER GRODE STEIN
YANKELEVITZ SUNSHINE
REGENSTREIF + TAYLOR LLP

LA 1100 Glendon Avenue, 14th Floor Los Angeles, CA 90024.3505 t.310.500.3500 f.310.500.3501
SF 199 Fremont Street, 20th Floor San Francisco, CA 94105.2255 t.415.489.7700 f.415.489.7701
www.linerlaw.com

Case 08-04147-JM7 Filed 05/16/11 Doc 702-12 Pg. 7 of 13

**Charitable Involvement**

Mr. Freeman serves on the Board of Directors For the Harold Pump Foundation dedicated to combat cancer and find a cure.

**Professional Affiliations**

- American Bar Association, *member*
- American Bankruptcy Institute, *member*
- Los Angeles County Bar Association, *member*
- Black Entertainment and Sports Lawyers Association, *member*

**Admissions**

Mr. Freeman is admitted to practice before the United States Court of Appeals for the Ninth Circuit; the U.S. District Court for the Central District of California; the U.S. District Court for the Southern District of California; and is a Member of the State Bar of California.

LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF + TAYLOR LLP
LA 1100 Glendon Avenue, 14th Floor Los Angeles, CA 90024.3505 t.310.500.3500 f.310.500.3501
SF 199 Fremont Street, 20th Floor San Francisco, CA 94105.2255 t.415.489.7700 f.415.489.7701
www.linerlaw.com

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, California 90024-3503.

On May 16, 2011, I served the within document(s) described as:

**DECLARATION OF PETER E. GARRELL IN SUPPORT OF FINAL FEE APPLICATION OF LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR LLP**

on the interested parties in this action as stated on the attached list.

☒ (BY MAIL By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

☐ (BY EXPRESS MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and overnight mailing following ordinary business practices. I am readily familiar with this firm's practice for collection and processing of Express Mail to be sent overnight by the U.S. Postal Service. Under that practice, it would be deposited on that same day in the ordinary course of business, with Express Mail postage thereon fully prepaid, in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the U.S. Postal Service for receipt of Express Mail.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 16, 2011, at Los Angeles, California.

| Cassandra Jacobo | /s/ Cassandra Jacobo |
|---|---|
| (Type or print name) | (Signature) |

0078506/001/ 494588v01

**SERVICE LIST**

***In re Steakhouse Partners, Inc., In re Paragon Steakhouse Restaurants, Inc., and In re Paragon of Michigan Inc.***

**Secured Creditor Class 4 Creditor Trust**
David R. Weinstein
Holme Roberts & Owen LLP
800 West Olympic Boulevard, 4th Floor
Los Angeles, CA 90015
Email: david.weinstein@hro.com

**Class 4 Creditor Trust Trustee**
Scott Avila Trustee
c/o CRG Partners
11835 West Olympic Blvd, Suite 705E
Los Angeles, CA 90064
Email: scott.avila@crgpartners.com

**Office of the United States Trustee**
United States Department of Justice
Lorraine Green, Bankruptcy Analyst
402 West Broadway, Suite 600
San Diego, CA 92101
Email: lorraine.green@usdoj.gov

**20 LARGEST UNSECURED CREDITORS - IN RE STEAKHOUSE PARTNERS**

Mason Matthies
RR Donnelley Recievables, Inc.
4350 La Jolla Village Drive, Suite 300
San Diego, CA 92122

Chief Executive Officer
Accounts Receivable Department
Corporate Trust Center
Delaware Secretary of State
1209 Orange Street
Wilmington, DE 19801

Officer or Managing/General Agent
PR Newswire
GPO Box 5897
New York, NY 10087

**Counsel for Marv T. Levin**
James E. Kroetch
Attorney at Law
3230 Greenhills Drive
Lafayette, CA 94549
Email: jek12345@comcast.net

**20 LARGEST UNSECURED CREDITORS COMMON TO IN RE STEAKHOUSE PARTNERS & PARAGON OF MICHIGAN**

Christopher Forrester
Morrison & Foerster LLP
12531 High Bluff Drive - Suite 100
San Diego, CA 92130
Email: cforrester@mofo.com

Mitchell C. Littman
Littman Krooks LLP
655 Third Avenue
New York, NY 10017
Email: mlittman@littmankrooks.com

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PARAGON STEAKHOUSE RESTAURANTS**

**Counsel to Creditors Committee**
Ali M.M. Mojdehi
Anne W. Hamann
Baker & McKenzie LLP
12544 High Bluff Drive, Third Floor
San Diego, CA 92130-3051
Email: ali.m.m.mojdehi@bakernet.com
anne.w.hamann@bakernet.com

**TAXING AUTHORITIES**

Michael A. Cox, Esq.
Attorney General
Heather Durian, Esq.
(DurianH@michigan.gov
Amy M. Paterson, Esq.
Assistant Attorneys General
Michigan Department of Treasury
(ADMINISTRATIVE)
Revenue & Collections Division
G. Mennen Williams Building, 2nd Floor
525 Ottawa Street, 2nd Floor
PO Box 30754
Lansing, MI 48909

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Attn: E. Turman, Revenue Officer
880 Front Street
San Diego, CA 92101

Laura E. Duffy, Esq.
United States Attorney
Jeffrey A. Schlei, Esq.
(Jeffrey.A.Schlei@irscounsel.treas.gov)
Special Assistant United States Attorney
701 B Street, Suite 901
San Diego, CA 92101

David Wilcox
Nevada Department of Taxation
555 E. Washington Avenue #1300
Las Vegas, NV 89101

**REQUEST FOR SPECIAL NOTICE**

**Request for Special Notice**
Challenge Dairy Products, Inc.
Ruth Elin Auerbach, Esq.
711 Van Ness Ave., Suite 440
San Francisco, CA 94102
EMail: attorneyruth@sbcglobal.net

James Watt
1 Hallidie Plaza, Suite 701
San Francisco, CA 94102

**Request for Special Notice – Attorneys for Central Meat and Provision**
Drew L. Lyman, Esq.
Lyman & Potente, APLC
2635 Camino Del Rio South, Suite 201
San Diego, CA 92108
EMail: dlyman@lymanpotente.com

**Request for Special Notice – Attorney for Mountain Jacks in Acme Michigan and Counsel for Charters – Isabella Bank – Landlord for N. Traverse City, MI**
Richard W. Labowe, Esq.
Labowe, Labowe & Hoffman, LLP
1631 W. Beverly Blvd., 2nd Floor
Los Angeles, CA 90026
E-Mail: Llhlaw1631@aol.com

**Request for Special Notice - Counsel for Tom Maceri & Son, Inc.**
Lisa Torres
William P. Fennell
Law Offices of William P. Fennell, APLC
1111 Sixth Avenue - Suite 404
San Deigo, CA 92101

**Counsel for James Watt – Landlord for Roseville, CA**
H Christopher Hittig
44 Montgomery Street, - Suite 3780
San Francisco, CA 94104
EMail: Christopher @hittig.com

**Counsel for Iron Mountain Information Management, Inc.**
Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
EMail: ffm@bostonbusinesslaw.com

Mark Edward Bradshaw, Esq.
Shulman Hodges & Bastian LLP
26632 Towne Centre Drive - Suite 300
Foothill Ranch, CA 92610
EMail: mbradshaw@shbllp.com

**Request for Special Notice - Counsel for Audie Dudum – Landlord for Lafayette, CA**
Rami S. Shamieh, Esq.
Law Offices of A. Nick Shamiyeh
2221 Olympic Blvd., Suite 100
Walnut Creek, CA 94595
EMail: rshamieh@gmail.com

**Request for Special Notice – Attorneys for AFCO Acceptance Corporation**
Elissa D. Miller, Esq.
Sulmeyer Kupetz
333 South Hope Street - Thirty-Fifth Floor
Los Angeles, CA 90071
Email: emiller@sulmeyerlaw.com

**Request for Special Notice**
Madeleine C. Wanslee
Gust Rosenfeld P.L.C.
201 E. Washington, Suite 800
Phoenix, AZ 85004-2327
EMail: mwanslee@gustlaw.com

**Request for Special Notice – Attorneys for National Retail Properties, Inc. – Landlord for Centerville, OH**
Zachary J. Bancroft, Esq.
Lowndes Drosdick Doster Knter And Reed, P.A.
450 South Orange Avenue - Suite 250
POB 2809
Orlando, FL 32802
EMail: zachary.bancroft@lowndes-law.com

**Request for Special Notice - Landlord for Willow Creek Rd. San Diego, CA**
BFC-Willow Creek, LLC
Attn: Eric Luna
Bonair Financial Corporation
3189 American Saddler Drive
Park City, Utah 84060

**Request for Special Notice - Co-Counsel for Willow Creek Rd., San Diego, CA**
Jean M. Heinz
Heinz & Feinberg
707 Broadway #1800
San Diego, CA 92101-5311
EMail: jeanheinz@nethere.com

**Request for Special Notice – For County of Kern**
**State of California**
Jackie Denney
Treasurer/Tax Collector
County of Kern - State of California
Bankruptcy Division
P. O. Box 579
Bakersfield, CA 93302-0579
EMail: bankruptcy@co.kern.ca.us
leona@co.kern.ca.us

**Request for Special Notice - Counsel for Oakland County Treasurer**
Richardo I. Kilpatrick, Esq.
Kilpatrick & Associates, P.C.
903 North Opdyke Road - Suite C
Auburn Hills, MI 48326

**Request for Special Notice - Counsel for Stuart Harris and SMH Investments, LLC**
Robert E. Hurlbett, Esq.
Hurlbett & Faucher
3324 State Street, Suite O
Santa Barbara, CA 93105
EMail: bob@hf-bklaw.com

**Request for Special Notice - Counsel for State Board of Equalization**
Randy M. Ferris, Esq.
Chief Counsel
Robert W. Lamber, Asst. Chief Counsel
Victoria C. Baker Esq.
(Victoria.Baker@boe.ca.gov)
Christine Levine, Esq.
(Christine.levine@boe.ca.gov)
California State Board of Equalization
450 "N" Street MIC: 82
Sacramento, CA 95814

**Request for Special Notice - Counsel for Respondent Susan Schulze-Claasen**
Adam A. Lewis, Esq.
**ALewis@mofo.com**
Morrison & Foerster LLP
425 Market Street, 32nd Floor
San Francisco, CA 94105-2482

**US CHAPTER 7 TRUSTEE**

Bankruptcy Trustee
James L. Kennedy
PO Box 28459
San Diego, CA 92198-0459

**Counsel for James L. Kennedy**
Gerald N. Sims
Pyle Sims Duncan & Stevenson
401 B Street, Suite 1500
San Diego, CA 92101