# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, California 90024-3503.

On May 16, 2011, I served the within document(s) described as:

**DECLARATION OF PETER E. GARRELL IN SUPPORT OF FINAL FEE APPLICATION OF LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR LLP**

on the interested parties in this action as stated on the attached list.

☒ (BY MAIL By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

☐ (BY EXPRESS MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and overnight mailing following ordinary business practices. I am readily familiar with this firm's practice for collection and processing of Express Mail to be sent overnight by the U.S. Postal Service. Under that practice, it would be deposited on that same day in the ordinary course of business, with Express Mail postage thereon fully prepaid, in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the U.S. Postal Service for receipt of Express Mail.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 16, 2011, at Los Angeles, California.

| Cassandra Jacobo | /s/ Cassandra Jacobo |
|---|---|
| (Type or print name) | (Signature) |

0078506/001/ 494588v01

# SERVICE LIST

*In re Steakhouse Partners, Inc., In re Paragon Steakhouse Restaurants, Inc., and In re Paragon of Michigan Inc.*

**Secured Creditor Class 4 Creditor Trust**
David R. Weinstein
Holme Roberts & Owen LLP
800 West Olympic Boulevard, 4th Floor
Los Angeles, CA 90015
Email: david.weinstein@hro.com

**Class 4 Creditor Trust Trustee**
Scott Avila Trustee
c/o CRG Partners
11835 West Olympic Blvd, Suite 705E
Los Angeles, CA 90064
Email: scott.avila@crgpartners.com

**Office of the United States Trustee**
United States Department of Justice
Lorraine Green, Bankruptcy Analyst
402 West Broadway, Suite 600
San Diego, CA 92101
Email: lorraine.green@usdoj.gov

## 20 LARGEST UNSECURED CREDITORS - IN RE STEAKHOUSE PARTNERS

Mason Matthies
RR Donnelley Recievables, Inc.
4350 La Jolla Village Drive, Suite 300
San Diego, CA 92122

Chief Executive Officer
Accounts Receivable Department
Corporate Trust Center
Delaware Secretary of State
1209 Orange Street
Wilmington, DE 19801

Officer or Managing/General Agent
PR Newswire
GPO Box 5897
New York, NY 10087

**Counsel for Marv T. Levin**
James E. Kroetch
Attorney at Law
3230 Greenhills Drive
Lafayette, CA 94549
Email: jek12345@comcast.net

## 20 LARGEST UNSECURED CREDITORS COMMON TO IN RE STEAKHOUSE PARTNERS & PARAGON OF MICHIGAN

Christopher Forrester
Morrison & Foerster LLP
12531 High Bluff Drive - Suite 100
San Diego, CA 92130
Email: cforrester@mofo.com

Mitchell C. Littman
Littman Krooks LLP
655 Third Avenue
New York, NY 10017
Email: mlittman@littmankrooks.com

0078506/001/ 494588v01

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PARAGON STEAKHOUSE RESTAURANTS**

**Counsel to Creditors Committee**
Ali M.M. Mojdehi
Anne W. Hamann
Baker & McKenzie LLP
12544 High Bluff Drive, Third Floor
San Diego, CA 92130-3051
Email: ali.m.m.mojdehi@bakernet.com
       anne.w.hamann@bakernet.com

**TAXING AUTHORITIES**

Michael A. Cox, Esq.
Attorney General
Heather Durian, Esq.
(DurianH@michigan.gov)
Amy M. Paterson, Esq.
Assistant Attorneys General
Michigan Department of Treasury
(ADMINISTRATIVE)
Revenue & Collections Division
G. Mennen Williams Building, 2nd Floor
525 Ottawa Street, 2nd Floor
PO Box 30754
Lansing, MI 48909

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Attn: E. Turman, Revenue Officer
880 Front Street
San Diego, CA 92101

Laura E. Duffy, Esq.
United States Attorney
Jeffrey A. Schlei, Esq.
(Jeffrey.A.Schlei@irscounsel.treas.gov)
Special Assistant United States Attorney
701 B Street, Suite 901
San Diego, CA 92101

David Wilcox
Nevada Department of Taxation
555 E. Washington Avenue #1300
Las Vegas, NV 89101

0078506/001/ 494588v01

## REQUEST FOR SPECIAL NOTICE

**Request for Special Notice**
Challenge Dairy Products, Inc.
Ruth Elin Auerbach, Esq.
711 Van Ness Ave., Suite 440
San Francisco, CA 94102
EMail: attorneyruth@sbcglobal.net

James Watt
1 Hallidie Plaza, Suite 701
San Francisco, CA 94102

**Request for Special Notice – Attorneys for Central Meat and Provision**
Drew L. Lyman, Esq.
Lyman & Potente, APLC
2635 Camino Del Rio South, Suite 201
San Diego, CA 92108
EMail: dlyman@lymanpotente.com

**Request for Special Notice – Attorney for Mountain Jacks in Acme Michigan and Counsel for Charters – Isabella Bank – Landlord for N. Traverse City, MI**
Richard W. Labowe, Esq.
Labowe, Labowe & Hoffman, LLP
1631 W. Beverly Blvd., 2nd Floor
Los Angeles, CA 90026
E-Mail:          Llhlaw1631@aol.com

**Request for Special Notice - Counsel for Tom Maceri & Son, Inc.**
Lisa Torres
William P. Fennell
Law Offices of William P. Fennell, APLC
1111 Sixth Avenue - Suite 404
San Deigo, CA 92101

**Counsel for James Watt – Landlord for Roseville, CA**
H Christopher Hittig
44 Montgomery Street, - Suite 3780
San Francisco, CA 94104
EMail: Christopher @hittig.com

**Counsel for Iron Mountain Information Management, Inc.**
Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
EMail: ffm@bostonbusinesslaw.com

Mark Edward Bradshaw, Esq.
Shulman Hodges & Bastian LLP
26632 Towne Centre Drive - Suite 300
Foothill Ranch, CA 92610
EMail: mbradshaw@shbllp.com

**Request for Special Notice - Counsel for Audie Dudum – Landlord for Lafayette, CA**
Rami S. Shamieh, Esq.
Law Offices of A. Nick Shamiyeh
2221 Olympic Blvd., Suite 100
Walnut Creek, CA 94595
EMail: rshamieh@gmail.com

**Request for Special Notice – Attorneys for AFCO Acceptance Corporation**
Elissa D. Miller, Esq.
Sulmeyer Kupetz
333 South Hope Street - Thirty-Fifth Floor
Los Angeles, CA 90071
Email: emiller@sulmeyerlaw.com

0078506/001/ 494588v01

| | |
|---|---|
| **Request for Special Notice**<br>Madeleine C. Wanslee<br>Gust Rosenfeld P.L.C.<br>201 E. Washington, Suite 800<br>Phoenix, AZ 85004-2327<br>EMail: mwanslee@gustlaw.com | **Request for Special Notice – Attorneys for National Retail Properties, Inc. – Landlord for Centerville, OH**<br>Zachary J. Bancroft, Esq.<br>Lowndes Drosdick Doster Knter And Reed, P.A.<br>450 South Orange Avenue - Suite 250<br>POB 2809<br>Orlando, FL 32802<br>EMail: zachary.bancroft@lowndes-law.com |
| **Request for Special Notice - Landlord for Willow Creek Rd. San Diego, CA**<br>BFC-Willow Creek, LLC<br>Attn: Eric Luna<br>Bonair Financial Corporation<br>3189 American Saddler Drive<br>Park City, Utah 84060 | **Request for Special Notice - Co-Counsel for Willow Creek Rd., San Diego, CA**<br>Jean M. Heinz<br>Heinz & Feinberg<br>707 Broadway #1800<br>San Diego, CA 92101-5311<br>EMail: jeanheinz@nethere.com |
| **Request for Special Notice – For County of Kern**<br>**State of California**<br>Jackie Denney<br>Treasurer/Tax Collector<br>County of Kern - State of California<br>Bankruptcy Division<br>P. O. Box 579<br>Bakersfield, CA 93302-0579<br>EMail: bankruptcy@co.kern.ca.us<br>        leona@co.kern.ca.us | **Request for Special Notice - Counsel for Oakland County Treasurer**<br>Richardo I. Kilpatrick, Esq.<br>Kilpatrick & Associates, P.C.<br>903 North Opdyke Road - Suite C<br>Auburn Hills, MI 48326 |
| **Request for Special Notice - Counsel for Stuart Harris and SMH Investments, LLC**<br>Robert E. Hurlbett, Esq.<br>Hurlbett & Faucher<br>3324 State Street, Suite O<br>Santa Barbara, CA 93105<br>EMail: bob@hf-bklaw.com | **Request for Special Notice - Counsel for State Board of Equalization**<br>Randy M. Ferris, Esq.<br>Chief Counsel<br>Robert W. Lamber, Asst. Chief Counsel<br>Victoria C. Baker Esq.<br>(Victoria.Baker@boe.ca.gov)<br>Christine Levine, Esq.<br>(Christine.levine@boe.ca.gov)<br>California State Board of Equalization<br>450 "N" Street MIC: 82<br>Sacramento, CA 95814 |

0078506/001/ 494588v01

**Request for Special Notice - Counsel for Respondent Susan Schulze-Claasen**
Adam A. Lewis, Esq.
ALewis@mofo.com
Morrison & Foerster LLP
425 Market Street, 32nd Floor
San Francisco, CA 94105-2482

**US CHAPTER 7 TRUSTEE**

Bankruptcy Trustee
James L. Kennedy
PO Box 28459
San Diego, CA 92198-0459

**Counsel for James L. Kennedy**
Gerald N. Sims
Pyle Sims Duncan & Stevenson
401 B Street, Suite 1500
San Diego, CA 92101

0078506/001/ 494588v01