DAVE M. McGRAW, CA SBN 8638911
PATRICK K. McCLELLAN CA SBN 77352
LAW OFFICES OF DAVE M. McGRAW
A Professional Corporation
Post Office Box 6818
75 Lynwood Place
Moraga, California 94570-6818
Telephone (925) 944-0206
Facsimile (925) 930-0344

Attorneys for Creditor
Challenge Dairy Products, Inc.

FILED
ENTERED
LODGED
RECEIVED

MAY 16 2011

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re:                                          ) Case No. 08-04147-JM7
                                                )
STEAKHOUSE PARTNERS INC., a                     ) Chapter 7
Delaware Corporation,                           ) (Converted from Chapter 11)
                                                )
                                                )
                                                )
                                                ) MOTION FOR ORDER ALLOWING
        Debtor.                                 ) PAYMENT OF §503 (b)(9)
                                                ) ADMINISTRATIVE EXPENSES
_____ )

Comes now the Creditor, Challenge Dairy Products, Inc., and motions the court for an order directing payment of administrative expenses pursuant to 11 U.S.C. §503 (b)(9). Movant shows as follows:

1. From the period of April 25, 2008 through and including May 16, 2008, beginning twenty (20) days prior to filing the within bankruptcy petition, Debtor herein took delivery of various dairy products worth $11,584.84. A true and correct copy of the invoices dated April 25, 2008 through May 16, 2008 are attached to the Declaration of Ray Gutierrez, marked Exhibit A, and is made a part hereof by reference.

2. These deliveries of goods constitutes allowed administrative expenses pursuant to 11 U.S.C. §503 (b)(9).

. . .

MOTION/STEAKHOUSE PARTNERS/lmSD                 1

3. This Creditor has filed an amended Proof of Claim in which, by its authorized signatory, it certifies that the goods for which payment is sought were sold to the Debtor in the ordinary course of Debtor's business and actually delivered to Debtor within 20 days of May 15, 2008.

WHEREAS this Creditor prays for an order directing payment of $11,584.84.

RESPECTFULLY SUBMITTED

LAW OFFICES OF DAVE M. McGRAW

Dated: May 9, 2011

_____
DAVE M. McGRAW
CA SBN 86389
LAW OFFICES OF DAVE M. McGRAW
A Professional Corporation
Post Office Box 6818
Moraga, California 94570-6818