CSD 1180 [10/01/12]

Name, Address, Telephone No. & I.D. No.

Susan C. Stevenson (Cal. Bar No. 127291)
PYLE SIMS DUNCAN & STEVENSON
A Professional Corporation
401 B Street, Suite 1500
San Diego, CA 92101
(619) 687-5200
Attorneys for James L. Kennedy, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In re **STEAKHOUSE PARTNERS, INC., a Delaware Corporation, et al.,**

Bankruptcy No. 08-04147-CL7

Debtors.

## NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that __James L. Kennedy__,
(select one:)    [ **X** ] the Trustee       [    ] United States Trustee       [    ] Debtor-in-Possession       [    ] Creditor,
herein, proposes to:

[    ]    Use, sell or lease the following property not in the ordinary course of business [include information as required by
          Federal Rule of Bankruptcy Procedure 2002(c)(1)]; or

[    ]    Abandon the following property [description of property to be abandoned]; or

[ **X** ]    Compromise or settle the following controversy [description of controversy to be settled and financial impact on estate
          as required by Local Bankruptcy Rule 9019]; or

          **SEE ATTACHMENT HERETO.**

[    ]    Seek allowance of compensation or remuneration to debtor as follows [specify the nature]; or

[    ]    Other [specify the nature of the matter]:

          If you object to the proposed action:

1.    **YOU ARE REQUIRED** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge
      assigned to your bankruptcy case.  *If a Chapter 7, 11, or 12 case,* determine which deputy to call by looking at the
      Bankruptcy Case No. in the caption on Page 1 of this notice.  If the case number is followed by the letter:

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| - | MM | - | call (619) 557-7407 | - | DEPARTMENT ONE (Room 218) |
| - | LA | - | call (619) 557-6594 | - | DEPARTMENT TWO (Room 118) |
| - | LT | - | call (619) 557-6018 | - | DEPARTMENT THREE (Room 129) |
| - | PB | - | call (619) 557-5157 | - | DEPARTMENT FOUR (Room 328) |
| - | CL | - | call (619) 557-6019 | - | DEPARTMENT FIVE (Room 318) |

CSD 1180

[Continued on Page 2]

CSD 1180 (Page 2) [10/01/12]

2.     **WITHIN TWENTY-EIGHT (28)[1] DAYS FROM THE DATE OF SERVICE OF THIS MOTION**, you are further required to serve a copy of your DECLARATION IN OPPOSITION TO MOTION and separate REQUEST AND NOTICE OF HEARING [Local Form CSD 1184[2]] upon the undersigned moving party, together with any opposing papers.  The opposing declaration shall be signed and verified in the manner prescribed by Federal Rule of Bankruptcy Procedure 9011, and the declaration shall:

      a.     identify the interest of the opposing party; and

      b.     state, with particularity, the grounds for the opposition.

3.     **YOU MUST** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

IF YOU FAIL TO SERVE YOUR "DECLARATION IN OPPOSITION TO INTENDED ACTION" AND "REQUEST AND NOTICE OF HEARING" within the 28-day[1] period provided by this notice, NO HEARING SHALL TAKE PLACE, you shall lose your opportunity for hearing, and the moving party may proceed to take the intended action.

Date of Service: September 9, 2014       PYLE SIMS DUNCAN & STEVENSON
      A Professional Corporation


      _/s/ Susan C. Stevenson_____
      Susan C. Stevenson, Attorneys for James L. Kennedy,
      Chapter 7 Trustee

---

[1]If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions as calculated by Fed. R. Bankr. P. 9006(f).

[2]You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

CSD 1180

ATTACHMENT TO NOTICE OF INTENDED ACTION

James L. Kennedy, Chapter 7 Trustee for Steakhouse Partners, Inc., Paragon Steakhouse Restaurants, Inc., and Paragon of Michigan, Inc. ("Debtors"), seeks authority to pay the amounts described below to settle certain tax claims and thereby satisfy the conditions precedent to the settlement payment by Defendants to the Plaintiff of $2,400,000 as required by the previously authorized settlement in the D&O Litigation to be finalized as follows:

The States of Michigan, Ohio, Utah and Indiana (collectively, "Claimants"), each of which has filed claims in In re Steakhouse Partners, Inc., Bankruptcy Case No. 08-04147, In re Paragon Steakhouse Restaurants, Inc., Bankruptcy Case No. 08-04152; and/or In re Paragon of Michigan, Inc., Bankruptcy Case No. 08-04153, pending in the United States Bankruptcy Court for the Southern District of California (collectively, the "Bankruptcy Cases"), shall receive the following payments from funds on hand in the Bankruptcy Cases in full satisfaction of any and all tax claims of any kind whatsoever (including, but not limited to administrative, priority, and non-priority taxes, penalties and interest), based upon any grounds whatsoever, that have been or could be filed by Claimants in the Bankruptcy Cases relating to any one or more of the Debtors: $200,000 to State of Michigan; $60,000 to State of Ohio; $40,000 to State of Utah; and $100,000 to State of Indiana. (Collectively, the "Payments.") The Payments will be payment in full of all underlying taxes, penalties, interest and/or all other amounts due from one or more of the above-names Debtor(s) to Claimants. The Trustee's obligation to make the Payments will be contingent upon the Trustee's prior receipt of the $2,400,000 settlement payment from the D&O litigation, as further described below.

In exchange for the Payments, Claimants have agreed to release A. Stone Douglass, E. Tod Lindner, Thomas A. Elder, Joseph Wulkowicz and Susan Schulze-Claasen (all former officers and/or directors of the Debtors, and defendants in the proceeding Kennedy v. Douglass, et al., Case No. 37-2010-00092172 (San Diego County Superior Court) (the "D&O Litigation")), from any tax claims of any kind whatsoever (including penalties and interest) based upon any ground whatsoever, whether now known, liquidated, or contingent, that the Claimants may have against any one or more of them arising from their role(s) in the operations of any one or more of the Debtors at any time from the beginning of time until the date of the release of claims signed by each Claimant. Further, Claimants Chapter 11 administrative, unsecured, secured, and priority tax claims collectively totaling $13,227,936.29 will be fully satisfied by the Payments. The claims filed in the Bankruptcy Cases that will be fully satisfied by the Payments include, but are not limited to, the following:

Indiana:  Claim No. 47 for $1,013,536.50 (filed as secured, unsecured and priority); Claim No. 178 for $262,180.09 (filed as secured, unsecured and priority); Claim No. 396 for $263,108.25 (filed as secured, unsecured and priority); Claim No. 397 for $1,155,609.19 (filed as Chapter 11 administrative); Claim No. 466 for $265,093.20 (filed as secured, unsecured and priority); Claim No. 467 for $2,232,085.07 (filed as Chapter 11 administrative); Claim No. 477 for $3,238,928.60 (filed as Chapter 11 administrative); Claim No. 477-1 for $632,208.67 (filed as Chapter 11 administrative); and Claim No. 477-2 for $657,163.26 (filed as Chapter 11 administrative).

Ohio:   Claim No. 73 for $127,430.67 (filed as priority); Claim No. 124 for $102,173.64 (filed as priority); Claim No. 128 for $176,142.40 (filed as priority); Claim No. 441 for $19,858.63 (filed as Chapter 11 administrative); and Claim No. 442 for $24,107.94 (filed as priority).

Michigan:  Claim No. 63 for $164,237.24 (filed as unsecured); Claim No. 63-2 for $140,936.99 (filed as unsecured); Claim No. 64 for $257,114.97 (filed as priority); Claim No. 64-2 for $257,114.97 (filed as priority); Claim No. 64-3 for $244,808.98 filed as (filed as priority); Claim No. 73 for $210,941.87 (filed as Chapter 11 administrative); Claim No. 79 for $502,522.07 (filed as Chapter 11 administrative); Claim No. 79-2 for $794,078.02 (filed as Chapter 11 administrative); Claim No. 83 for $72,729.34 (filed as unsecured); and Claim No. 84 for $72,729.34 (filed as Chapter 11 administrative).

Utah:  Claim No. 14 for $164,508.76 (filed as priority, general unsecured and Chapter 11 administrative) and Claim No. 293 for $176,587.63 (filed a priority, general unsecured, and Chapter 11 administrative).

In addition, the State of Michigan has agreed to withdraw the Final Bills for Taxes Due (Final Assessment) issued to Joseph Wulkowicz (the "Final Assessments") in consideration for the withdrawal by Joseph Wulkowicz of the Petitions protesting the Final Assessments pending at the Michigan Tax Tribunal at Docket No. 431242.

The releases and the Trustee's agreement to make the Payments described above (but only after Bankruptcy Court authorization and receipt of the D&O settlement proceeds) will fully and completely satisfy all contingencies to the Trustee's receipt of a $2,400,000 settlement payment resolving all claims asserted by him as the plaintiff in the D&O Litigation, as more fully described in the Trustee's Motion to Approve Settlement Agreement between the Trustee and Debtors' Officers and Directors filed March 4, 2014.  [Docket No. 798.]  The settlement in the D&O Litigation was conditioned upon both the approval of the Bankruptcy Court (which was previously obtained by Court Order entered March 31, 2014 [Docket No. 804]) and the agreement of the  Claimants to provide releases to Debtors' officers and directors, as relating to or arising out of Debtors' various tax liabilities.

Court approval of the Payments totaling $400,000 is in the best interest of the estate and its creditors as, before making the required Payments, the Trustee will receive gross settlement proceeds from the D&O Litigation of $2,400,000, and after making the Payments, will retain net settlement proceeds of $2,000,000.  These funds will be available to pay allowed, unpaid and/or authorized Chapter 11 and Chapter 7 administrative claims in the Bankruptcy Estates.  If the Payments are not authorized, the contingencies described in the D&O Litigation settlement will not be satisfied and Defendants' insurer in the D&O Litigation will not be obligated to make the $2,400,000 settlement payment to the Trustee, and there would be insufficient funds in the Bankruptcy Cases to make any distribution to Chapter 11 administrative claimants.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In re STEAKHOUSE PARTNERS, INC.
Case No. 08-04147-CL7
(Admin. Consolidated with 08-04152 and 08-04153)

## CERTIFICATE OF SERVICE

I, the undersigned, declare:  I am and was at the time of the service of the papers herein referred over the age of 18 years and not a party to the action; my business address is 401 B Street, Suite 1500, San Diego, California.  I am a resident of or am employed in San Diego County.

(1) **BY UNITED STATES MAIL, FIRST CLASS, POSTAGE PREPAID:**  I am readily familiar with the business practices of Pyle Sims Duncan and Stevenson for the collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence is deposited with the United States Postal Service on the same day it is collected and processed in the ordinary course of business.  On September 9, 2014, a true and correct copy of the following pleading(s) was sealed and placed for collection and mailing at the offices of Pyle Sims Duncan & Stevenson following ordinary business practices to the names and addresses of the parties served as shown on the envelope to the parties listed on **EXHIBIT "1"** hereto:

### NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING

(2)  **BY THE COURT VIA NEF**:  Pursuant to controlling General Order(s) and in accordance with the Administrative Procedures and Guidelines for Electronic Filing, the foregoing document(s) will be served by the Court via Notice of Electronic Filing ("NEF") and hyperlink to the document.  On September 9, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and the persons listed on **EXHIBIT "2"** hereto are on the Electronic Mail List to receive NEF transmission at the email address listed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 9, 2014, at San Diego, California.

  /s/ Bonnie Connolly
Bonnie Connolly

Label Matrix for local noticing
0974-3
Case 08-04147-MM7
Southern District of California
San Diego

California Physicians' Service dba Blue
Snell & Wilmer LLP
600 Anton Blvd.
Ste. 1400
Costa Mesa, CA 92626-7689

Challenge Dairy Products, Inc.
Law Office of Ruth Auerbach
711 Van Ness Ave. #440
San Francisco, CA 94102-3284

General Motors Acceptance Corporation
c/o Donald H. Cram, III
Severson & Werson, P.C.
One Embarcadero Center
Suite 2600
San Francsico, CA 94111-3715

General Produce Co., Ltd.
c/o Nomellini, Grilli & McDaniel
P.O. Box 1461
Stockton, CA 95201-1461

Law Office of William P. Fennell, APLC
1111 Sixth Avenue, #404
San Diego, CA 92101-5211

Nevada Department of Taxation
Attn: Bankruptcy Section
555 E Washington Ave #1300
Las Vegas, NV 89101-1046

Paragon Steakhouse Restaurants, Inc.
10200 Willow Creek Road
San Diego, CA 92131-1669

Paragon of Michigan, Inc.
10200 Willow Creek Road
San Diego, CA 92131-1669

Steakhouse Partners Inc., a Delaware Corpora
10200 Willow Creek Road
San Diego, CA 92131-1669

Office of the US Trustee
Dept. of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

A Stone Douglass
10200 Willow Creek Road
San Diego, CA 92131-1669

A. Nick Shamiyeh
Law Offices of A. Nick Shamiyeh
2221 Olympic Blvd, Suite 100
Walnut Creek, CA 94595-1623

A. Nick Shamiyeh
for Audie Dudum
2221 Olympic Blvd.
Walnut Creek, CA 94595-1623

AFCO Acceptance Corporation
Elissa D. Miller
SulmeyerKupetz
333 South Hope Street, Thirty-Fifth Floo
Los Angeles, CA 90071-1406

AT&T Advertising and Publishing
101 Spear Street RM 534
San Francisco, CA 94105-1559

AT&T Corp
AT&T Attorney James Grudus, Esq
AT&T Corp
One AT&T Way, Room 3A218
Bedminster, NJ 07921-2694

AT&T Global Services
AT&T Attorney: James Grudus, Esq
AT&T Inc.
One AT&T Way, Room 3A218
Bedminster, NJ 07921-2694

Aaron Skibo
2450 Sycamore Ln., Apt. 9A
West Lafayette, IN 47906-1954

Al and Clara Giannini
c/o Mark Bradshaw
Shulman Hodges & Bastian LLP
26632 Towne Centre Drive, Suite 300
Foothill Ranch, CA 92610-2814

Albert Winter
4534 Alhambra St.
San Diego, CA 92107-4019

Aleta Papsandore
18601 St. Andrews Dr.
Telachapi, CA 93561-5218

Ali M. M. Mojdehi
Christine E. Baur
Baker & McKenzie LLP
12544 Hihg Bluff Dr. 3th Floor
San Diego, CA 92130-3051

Aline N. King
1765 Eldora St.
Lemon Grove, CA 91945-3703

Allen Kolkman
710 Fredricks Ave.
Oceanside, CA 92058-1605

Allie's Party Equipment Rental Inc.
130 Vallecitos de Oro
San Marcos, CA 92069-1435

Amy Kaefer
205 S. Redwood Ave. #32
Brea, CA 92821-5569

Amy M. Ticknor
2340 Merrill St.
Ypsilanti, MI 48197-4310

Amy Miller
3206 Redwood St.
San Diego, CA 92104-4732

EXHIBIT "1"

Amy U. Sanchez
790 Harbor Cliff Way #101
Oceanside, CA 92054-2209

Andrea Giordano
942 Sheffield Dr.
Vista CA 92081-8913

Angler Construction Services
1524 E. 2nd St.
Dayton, OH 45403-1025

Ann Lindberg
4207 Lavonne Lane
Sacramento, CA 95821-3216

Arlin Schmidt
5 Independence Drive
Basking Ridge, NJ 07920-2914

Arthur LeWayne Cadwallader
1435 Potomac Avenue
Lafayette, IN 47905-1949

Audie Dudum
c/o Ranu S. Shamieh, Esq
Law Offices of A. Nick Shamiyeh
2221 Olympic Blvd. Suite 100
Walnut Creek, CA 94595-1623

Auralee Visser
1260 W. Mission Ave.
Escondido CA 92029-1401

BFC Willow Creek
c/o Jean Heinz
Heinz & Feinberg
707 Broadway, Suite 1800
San Diego, CA 92101-5314

BFC Willow Creek LLC
Eric C. Luna
Bonair Financial Corp.,
PO Box 3016
Park City, Utah 84060-3016

~~BFC Willow Creek, LLC~~
~~Eric C. Luna~~
~~Bonair Financial Corporation~~
~~3189 American Saddle Drive~~
~~Park Ciey, Utah 84060-6823~~

~~BFC-Willow Creek, LLC~~
~~Eric C. Luna~~
~~Bonair Financial Corp.~~
~~3189 American Saddler Dr.~~
~~Park City, Utah 84060-6823~~

BMC Group, Inc.
444 N. Nash St.
El Segundo, CA 90245-2822

Barbara J. Cabacunga
3824 Sierre Morena Ave
Carlsbad, CA 92010-2819

Barbara Lange
1521 Stewart St
Oceanside Ca 92054-5945

Barbara Miltenberger
3660 Merced Dr.
Oceanside, CA 92056-5492

Barbara O'Hearn
5954 Ocean View Dr.
Oakland, CA 94618-1843

Bard Family
Limited Partnership III
307 Kingsbridge Blvd.
Tullahoma, TN 37388-4808

Bernhard Boesch
1220 Tower Dr.
Vista, CA 92083-7129

Bernie Rojas
1442 French Ct.
Oceanside, CA 92054-5716

Bill Chapman
30137 Corte Cantera
Temecula CA 92591-5347

Bobbie Adams
12266 Casero Ct.
San Diego, CA 92128-2723

Bonnie Bailey
PO Box 1475
Fallbrook CA 92088-1475

Bonnie Hughes
1175 Harborview Lane
Carlsbad, CA 92008-3510

Brian Keene
26635 Paddington Ct.
Murrieta, CA 92563-4375

CEDE & Co.
P. O. Box 222
New York, NY 10274-0222

CHARTERS - ISABELLA BANK
c/o Labowe, Labowe & Hoffman, LLP
1631 West Beverly Blvd., 2nd Floor
Los Angeles, California 90026-5710
Attention:  Richard W. Labowe, Esq.

CR&R
PO Box 206
Stanton CA 90680-0206

Carl Demas
3125 Melbourne Drive
San Diego, CA 92123-3134

Carol Lushell, Tax Analyst
Indiana Dept of Revenue
Bankruptcy Section N-240
100 North Senate Avenue
Indianapolis, IN 46204-2253

EXHIBIT "1"

Central Meat & Provision
1603 National Avenue
San Diego, CA 92113-1095

Central Meat and Provision, Inc.
c/o Drew Lyman, Esq
2635 Camino del Rio South, Suite 201
San Diego, CA 92108-3728

Challenge Dairy Products Inc
11875 Dublin Blvd, Ste B230
Dublin CA 94568-2817

Charlene Fisher
7500 Viejo Castilla Way #4
Carlsbad, CA 92009-7354

Charles A Simmons
2872 Colgate Dr
Oceanside Ca 92056-6348

Charles Robinson
4 Carter Street
New Canaan, CT 06840-5005

Cheri and Ron Dixon
4084 Garfield St
Carlsbad, CA 92008-7403

Chief, Special Procedures
Insolvency, IRS
PO Box C-13
Laguna Niguel, CA 92677

Chris Brevig
c/o Sands Brothers
90 Park Avenue
New York, NY 10016-1301

Chris R. Pickett
2700 N. Salisbury Street
West Lafayette, IN 47906-1432

City of Auburn Hills
1827 N. Squirrel Rd.
Auburn Hills MI 48326-2753

City of Glendale
attn: Sales Tax Dept.
5850 W. Glendale Ave.
Glendale AZ 85301-2599

City of Sacramento
915 "I" Street, RM 1201
Enforcement & Collection Section
Sacramento, CA 95814-2605

City of San Buena Ventura
PO Box 2299
Ventura CA 93002-2299

City of Thousand Oaks
2100 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362-2999

Clinton Rogers
7007 Lavender Wy
Carlsbad, CA 92011-4736

Colleen Gibson
1745 Mallow Ct.
Carlsbad, CA 92011-5122

Commercial Grease Trap Cleaning Corp.
1531 Deloss Street
Indianapolis, IN 46201-3903

County Of Kern
c/o  Linda Delgado, Treasurer/Tax Office
PO Box 579
Bakersfield CA 93302-0579

County of Kern, State of California
c/o Treasurer/Tax Collector's Offic
Attn: Bankruptcy Division
PO Box 579
Bakersfield, CA 93302-0579

Crespina Senteno
3323 Madison St.
Carlsbad, CA 92008-3038

Critical Capital Growth Fund LP
c/o Charles L. Robinson
90 Park Avenue, 31st Floor
New York NY 10016-1317

Cynthia Batastini
2524 Aztec Ct.
Ventura, CA 93001-1423

DAVID L SPAAN
17930 CYPRESS ST
FOUNTAIN VALLEY  CA 92708-5110

Daniel Bauer
931 California St.
Oceanside, CA 92054-5956

Daniel G. Marcu &
Monica R. Marcu Jtten
220 Floor 5 Buenon Aires,
Argentina C1043 AAQ, 1

Daniel Lombardo
1580 Knob Hill Rd.
San Marcos, CA 92069-3234

Darryn Kellogg
1546 Maritime Dr.
Carlsbad, CA 92011-4032

Dave Tracy
1207-A Carlsbad Village Dr.
Carlsbad, CA 92008-1958

David & Amy Garner
457 57 Deodara St.
Vacaville, CA 95688-2636

EXHIBIT "1"

David McCarthy
27231 Borrasca
Mission Viejo, CA 92691-2237

David Weinstein, Esq
Aram Ordubegian, Esq
Richardson & Patel LLP
10900 Wilshire Blvd., Suite 500
Los Angeles, CA 90024-6533

Daydots
1801 Riverbend W. Dr.
Ft. Worth, TX 76118-7031

Debby Farnsworth
1826 Sunset Dr.
Vista, CA 92081-6315

Debi Ringer
2405 Carriage Circle
Oceanside, CA 92056-3618

Debra Elliott
1625 Neptune Ave.
Encinitas, CA 92024-1002

Deirdre Henderson
39442 Route 66
Chatham Center NY
Valatie, NY 12184

Delaware Secretary of State
1209 Orange Street
Wilmington, DE 19801-1120

(p)DE SEC OF STATE DIVISION OF CORPORATIONS
401 FEDERAL STREET
SUITE 4
DOVER DE 19901-3639

Dennis & Lee Lady
4238 Lindos Way
Oceanside, CA 92056-7447

Dept of Industrial Relations
Divof Labor Law Enforcement
1550 W Main Str
El Centro, CA 92243-2105

Diana Miller
200 El Camino Real #213
Oceanside, CA 92058-1788

Div of Labor Standards Enforce
8765 Aero Drive
San Diego, CA 92123-1781

Dolores Hall
1219 Barham Dr. Spc 25
San Marcos, CA 92078-4551

Donald Lee
4212 E Los Angeles Ave # # 409
Simi Valley CA 93063-3308

Donald R Nelson
760 Pearwood St.
Oceanside, Ca 92057-8618

Donald R. Davis
6713 Tea Tree St.
Carlsbad, CA 92011-3429

Donna Avila
12952 Slack St.
Poway, CA 92064-5627

Donna Dennis
4205 La Portalada Dr.
Carlsbad, CA 92010-2807

Donna Schaffer
744 Del Valle Dr.
Fallbrook, CA 92028-9393

Donovan Trisko
10976 Baroque Lane
San Diego, CA 92124-3006

Douglas Fairweather
Wendy Fairweather
313 Descanso Ave.
Ojai, CA 93023-3612

Douglas Kerr, Esq.
62 Racing Wind
Irvine CA 92614-7435

Drew Lyman, Esq.
Lyman and Potente, APLC
2635 Camino Del Rio South, Suite 201
San Diego, CA 92108-3728

E. Rhodes
29121 Camino Alba
Murrieta, CA 92563-6603

E.W. Nelson Jr.
7236 Havenrock Dr.
Huntington Beach, CA 92648-3006

EBMud
375 11th Street
Oakland, CA 94607-4240

Edward K. La Gasse
45 Carlton Woods Ct
Springboro, Ohio 45066-9515

Edward Klosterman
1565 Hillcrest Ave
Glendale, CA 91202-1237

Employment Development Department
Attn: Special Procedures Sections
PO Box 826880, MIC 92E
Sacramento CA 94230-0001

EXHIBIT "1"

Employment Development Dept
800 Capitol Mall
Sacramento, CA 95814-4807

Employment Development Dept
PO Box 2550
1354 Front Street
San Diego, CA 92101-3604

Eric C. Luna
Bonair Financial Corp.,
3189 American Saddler Dr.
Park City, Utah 84060-6823

Eric Koch
639 Vista Way
Chula Vista, CA 91910-6023

Ernest L. Bertke
346 Silvertree Ct.
Centerville, OH 45459-4441

Ernesto A. Michel
187 Paseo Marguerita
Vista, CA 92084-2554

Ernie Banks
1331 40th Apartment 204
Emeryville, CA 94608-3673

Ernst Luce California, LLC
12401 Helena St.
Los Angeles, CA 90049-3907

Ethel Kennedy
POB 1158
Carlsbad, CA 92018-1158

Eunice C. Gilbertson
5126 Wisteria Dr.
Oceanside, CA 92056-7269

Eye of the Round LLC
39th Floor
90 Park Avenue
New York, NY 10016-1301

Faye R. Cocol
975 Woodland Pkwy Apt 140
San Marcos,Ca 92069-2279

Felicita V. Ladao
3684 Gatty St.
San Diego, CA 92154-1639

Franchise Tax Board
PO Box 942867
Sacramento, CA 94267-0001

Franchise Tax Board
Special Procedures Section
PO Box 2952
Sacramento, CA 95812-2952

Fred Weber
3109 Far Hills Ave
Dayton, Ohio 45429-2511

Gail M. Vyncke
462 Shadow Tree Dr.
Oceanside, CA 92058-7025

Garry Brown
2353 La Mirada Dr
Vista CA 92081-7863

Gary Knox
334 Del Fora St.
Oceanside, CA 92058-7959

Gary Wong
2994 Florentine Ct.
Thousand Oaks, CA 91362-1762

Gene Szabados
3229 Camarillo Ave.
Oceanside, CA 92056-4339

General Produce Co., Ltd.
c/o Daniel A. McDaniel
Nomellini, Grilli & McDaniel PLCs
235 East Weber Avenue
P.O. Box 1461
Stockton, California 95201-1461

George Chapman
221 N El Camino Real # 22
Oceanside Ca 92058-1738

George Gardner
10427 Susie Place
Santee, CA 92071-4912

George J. & Eve Heyman
3716 Harvard Dr.
Oceanside, CA 92056-4101

George Lopez
114 Rancho Camino
Fallbrook, CA 92028-8486

Germaine Farwell
8602 Somerset Ave.
San Diego, CA 92123-3455

Germaine Kimm
3500 Caremont St.
Bakersfield, CA 93306-3620

Gerry Berg
1568 Avenida LaPosta
Encinitas, CA 92024-5601

Gina Fluck
306 Woodland Dr.
Vista, CA 92083-7613

EXHIBIT "1"

Glenn & Karen Miller
22 Harvard Ct
Pleasant Hill, CA 94523-1508

Glover's Ice Cream
705 W. Clinton
Frankfort, IN 46041-1824

Grand Avenue Produce
Dean. T. Kirby, Jr.
Kirby & McGuinn, A P.C.
707 Broadway, Suite 1750
San Diego, CA 92101

Greg Norman
103 Knoll Road
Vista, CA 92083-5812

Greg Rozell
1949 Vista Grande Rd
El Cajon, CA 92019-3822

Gwen Price
868 Muiffield Dr.
Oceanside, CA 92058-7016

H. Christopher Hittig, Esq
44 Montgomery Street, Suite 3780
San Francisco, CA 94104-4822

H.B Roesener
735 Edelweiss Lane
Olivenhain, Ca 92024-6621

Harold Nicholls
762 Rivertree Drive
Oceanside, CA 92058-7454

Hartford Specialty Co.,
c/o Hartford Fire Insurance Company
Bankruptcy Unit, T-1-55
Hartford Plaza
Hartford, CT 06115

Heartland Carpet Care Inc.
Attn: Julie Elliott
6301 Forrest Grove Lane
Lafayette, IN 47909-8500

Heather M.S. Durian
Assistant Atty General
G. Mennen Williams Bldg. 2nd Floor
Lansing MI 48909

Heiko Jejjoni
1558 Marble Ct.
Chula Vista, CA 91911-5953

Henry A. Skeggs
4893 Zenos Way
Oceanside, CA 92056-7445

Howard Locker
7016 Wildrose Terrace
Carlsbad, CA 92011-4009

ICU Service Co
Box 6866
Lafayette IN 47903-6866

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Irene Schrodek
2840 Highland Dr.
Carlsbad, CA 92008-1909

Isaac M. Gabriel, Esq
Quarles & Brady LLp
2 North Central Avenue
Phoenix, AZ 85004-2391

Jack Boon
1251 La Casa Drive
Lake San Marcos, CA 92078-5249

Jacqueline L. Dow
937 Montery Ct.
Chula Vista, CA 91911-2404

James A. Sobule
2917 Bridie Ln
Swansea, IL 62226-5993

James E. Kroetch
3230 GreenHills Drive
Lafayette, CA 94549-2140

James Mulloy
3891 Shenadoah Dr.
Oceanside, CA 92056-3306

James Owen
10716 Lindalee Ln
Bakersfield, CA 93312-2808

James Ramsey
c/o Robert C. Thorn, Esq
Kumbal Tiroy & St. John
1202 Kettner Blvd., 34d Fl.
San Diego, CA 92101-3338

Jamie Vasquez
975 Treg Land
Concord, CA 94518-3317

Jan Reinicke
4979 Gabrielieno Ave
Oceanside, CA 92057-4437

Janell Roberts
770 Harbor Cliff Way #140
Oceanside, CA 92054-2267

Janet Zeimet
605 Myrtlewood Court
Oceanside, CA 92058-1681

EXHIBIT "1"

Janice Callahan
1912 Circle Park Lane
Encinitas CA 92024-1928

Janice Roberts
2260 NOB Hill Dr.
Carlsbad, CA 92008-1137

Jason Kullmann
4055 Oceanside Blvd Ste E
Oceanside, CA 92056-5821

Jay A. Bielfield FBO The Jay A
Bielfield Basic Ben Plan
4762 S. Chipping Glen
Bloomfield Hills, MI 48302-2304

Jean M. Heinz
Heinz & Feinberg
707 Broadway, Suite 1800
San Diego, CA 92101-5314

Jeanne Hart
11375 Simmer Horn Rd.
Galt, CA 95632-8323

Jeannie Celaya
29243 Cinnamon Wood Way
Menifee, CA 92584-7544

Jeffery Grundtisch
1044 Goldenrose Street
San Pedro, CA 90731-1455

Jeffrey Goodwin
1502 Linda Sue Lane
Encinitas, CA 92024-2423

Jeffry A. Davis, Esq.
Mintz Levin Cohn Ferris Glovsky and Pope
3580 Carmel Mountain Road, Ste 300
San Diego, CA 92130-6768

Jennifer Orcutt
6057 Roloff Way
Orangevale, CA 95662-4544

Jeremy McCauley
6 Knickerbocker Ln
Orinda, CA 94563-3704

Jerry Hatle
1611 Della Lane
Oceanside, CA 92054-5503

Jim Balis, President
The Restaurant Management Group
3775 S. Mill Site Ln.
Boise, ID 83716-5599

Joan R. Ades
Charles R. Ades
1041 Passiflora Pl
Encinitas, CA 92024-2308

Joan Winter
1740 Sunnydale Ave
Simi Valley, CA 93065-5927

Joanne Cleereman
8659 Eagle Ridge Dr.
West Chestin, OH 45069-4508

Joanne Gordon
39629 Via Temprano
Murrieta, CA 92563-5569

Joanne Sicard
PO Box 22
El Cerrito, CA 94530-0022

Joel LaSalle
151 South 500 East
Salt Lake City, UT 84102-1906

John B. Shine &
Jane M. Shine Jtten
6989 County Line Road
New Albany, IN 47150-9446

John Horn
5341 Rio Plata
Oceanside, CA 92057

John McNaude
8025 FM 620
N. Condo 536
Austin, TX 78726-4060

(c)JOHN PAPPAJOHN
666 WALNUT ST STE 2116
DES MOINES IA  50309-3908

John S. Mahon
4 Framingham Lane
Shoreham, NY 11786-2038

John W. Eilers
3750 Grandin Road
Cincinnati, OH 45226-1734

John W. Milburn
7213 Durango Way
Bakersfield, CA 93309-5419

Jon Nyland
7550 Great Plains Blvd.
Chanhassen, MN 55317-9680

Joseph Degaetano
10991 Sospel Place
Las Vegas, NV 89141-3815

Joseph F. Quinn &
Sandra C. Quinn Jtten
66 Pine Tree Circle
North Kingstown, RI 02852-6910

EXHIBIT 1

Joseph T. Decoma Jr.
P. O. Box 11132
Newport Beach, CA 92658-5019

Joseph Wulkowicz
10200 Willow Creek Road
San Diego, CA 92131-1669

Joseph or Mary Nickel
3328 Don Diablo Drive
Carlsbad, CA 92010-3914

Josephine Wahdan
2301 Prospect Pt. Dr.
Roseville, CA 95747-7879

Judy Anibaldi
6426 Cayenne Lane
Carlsbad, CA 92009-4301

Judy Tsai, Esq
Law Office of Judy Tsai
101 Metro Drive, Ste. 250
San Jose, CA 95110-1343

Julia W. Brand, Esq
Enid M. Colson, Esq
Liner Yankelevitz Sunshine, et al
1100 Glendon Ave.m 14th Floor
Los Angeles, CA 90024-3518

Julios Trust
c/o Marc S. Koplik & Assoc.
420 Lexington Ave, Suite 2860
New York, NY 10170-2809

Karen Merhals
7524 Magellan St.
Carlsbad, CA 92011-5426

Kate Ellis, Esq.
McCarron & Diess
4900 Massachusetts Ave NW
Suite 310
Washington DC 20016-4358

Katherine Richardson
1608 Chiswick Ct.
El Cajon, CA 92020-2966

Kathleen M. Menard
4303 Sierra Morena Ave.
Carlsbad, CA 92010-2830

Kathy Weevie
4741 Sequoia Pl
Oceanside, Ca 92057-6126

Kathy Wood
1324 Sun Copper Dr.
Las Vegas NV 89117-7022

Kearn County Treasurer
Tax Collector
PO Box 579
Bakersfield, CA 93302-0579

Keith Merrion
2430 Silverado Circle
Lafayette, IN 47909-9138

Kelvin Smith
1044 Bronco Dr.
Plumas Lake, CA 95961-9105

Ken Wade
1090 Woodcrest Ave
Brea, CA 92821-1853

Keri Kaiser
140 Mason Rd
Vista, CA 92084-1726

Kern County Treasurer
Tax Collector
PO Box 579
Bakersfield, California 93302-0579

Kevan Farrer, Controller
Southwest Traders, Inc.
27711 Diaz Rd.
Temecula, CA 92590-3425

Kevin Connors
47 Shields Drive
Darien, CT 06820-2531

Kim Durmer
12837 Rock Ridge Lane
Valley Center, CA 92082-5452

Kimmey Conklin
14443 Laurel Lane
Moopark, CA 93021-3532

Kohner, Mann & Kailas, SC
Attn: Jeremy M. Guth
Washington Building
4650 N. Port Washington Road
Milwaukee, WI 53212-1077

Kristie L. Warner
6531 W. 600 S.
West Point, IN 47992-9246

Kyle Tweet
8106 Kato St
La Mesa Ca 91942-2480

L Janowsky
Rynn & Janowsky
4100 Newport Place Dr
Ste 700
Newport Beach CA 92660-2451

L.E. Ford
6374 Lane Ariana
San Diego, CA 92119-3433

LUC Lissior
66 Claude Champagne
Montreal Quebec, Montreal
Canada, 1

EXHIBIT "1"

Larry Doan
1065-F Carlsbad Village Dr.
Carlsbad, CA 92008-1884

Larry Mack
1460 Heidi Circle
Vista, CA 92084-3718

Larry McFadden
7248 16th Hole Drive
Windsor, CA 95492-9781

LeRoy White
4110 Caflur Ave
San Diego, CA 92117-4436

Lee & Eileen Settle
1617 Stewart St.
Oceanside, CA 92054-5947

Leigh Anne Carter
7000 NE 72nd Avenue
Vancouver, WA 98661-1609

Leon Stoabs
5184 Don Rodolfo Dr.
Carlsbad, CA 92010-3949

Leroy Nelson
28921 Vacation Drive
Canyon Lake, CA 92587-7837

Lester Finch
2730 Whitney St.
San Diego, CA 92111-5618

Lewis Brisbois Bisgaard & Smith
One Sansome Street, Suite 1400
San Francisco, CA 94104-4482

Linda Evans
2821 Vista Grande
Fairfield, CA 94534-1739

Linda L. Ashbrook
29748 St. Andrews
Murrieta, CA 92563-6736

Linda Pearce
3008 Dale N Place
San Diego, CA 92122-4113

Littman Krooks
655 Third Avenue
New York, NY 10017-9108

Lloyd McElhinney
POB 1567
Rancho Santa Fe, CA 92067-1567

Lori Valencia
3463 Halter Drive
Las Vegas, NV 89122-3468

Louis Bernardy
18760 State St.
Corona, CA 92881-3783

Louise Peterson
909 Hawthorne Ave.
Carlsbad, CA 92011-3929

Lynda Ruth
4145 Bryant St.
Ocenaside, CA 92056-3438

Lynne Lundgren
1636 Larch Pl
Laverne, CA 91750-2637

Madeleine C. Wanslee
Gust Rosenfeld PLC
201 E. Washington
Suite 800
Phoenix, Az 85004-2327

Malissa C. Teriele
1626 Lopez St.
Oceanside, CA 92054-5540

Marcia Swires
10865 Sunflower St.
Ventura, CA 93004-4800

Marcus R. Laney Sr.
636 via Columbia
Vista, CA 92081-6337

Margaret Cassey
2610 Radcliff Ct.
Sacramento, CA 95826-3162

Mari Koudi
447 Felicita Ave.
Spring Valley, CA 91977-5908

Maria Manuel
328 E. lotus PL
Brea, CA 92821-3541

Mark Bradshaw
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

Mark H. Speiser
US Foodservice, Inc.
10410 S. 50th Place
Phoenix, AZ 85044-5208

Marvin T. Levin
1981 N. Broadway, Suite 415
Walnut Creek, CA 94596-3850

EXHIBIT "1"

Marvin T. Levine
James E. Kroetch, Attorney at Law
1 Northwood Dr., Ste. 1
Orinda, CA 94563

Mary Montanez
1821 Havenwood dr.
Oceanside, CA 92056-2952

Mathew Blanchard
3664 Bridgewater
Williamsburg, VA 23188-2567

Matthew Murphy
1067 Jacqueline Way
Chula Vista, CA 91911-2104

Maurice Pratt
4738 Amberwood Ct.
Carlsbad, CA 92008-3701

Maxie Plante
714 Park Avenue
Hoboken, NJ 07030-4006

Michael B. Carroll &
Sheila Carroll Jtten
3919 Happy Valley
Lafayette, CA 94549-2423

Michael Chapin
659 Edgewater Dr
San Marcos, CA 92078-6001

Michael Feeley
6210 Osler St.
San Diego, CA 92111-5408

Michael Merhab
7524 Magellan Street
Carlsbad, CA 92011-5426

Michael Nelson
2579 Victoria Meadows Drive
Alpine, CA 91901-1442

Michael White
8656 Sky Rim Dr.
Lakeside, CA 92040-5551

Mike & Susan Rohler
449 Smokey Hill Rd
West Lafayette, IN 47906-8745

Mike Eminons
9135 Calle Lucia
Lakeside, CA 92040-5060

Mira Mesa Self Storage, Inc
7044 Flanders Drive
San Diego, CA 92121-2961

Miriana Gonzalez
24555 MoonLight Dr.
Moreno Valley, CA 92551-7298

Misty Suarez
4819 W. 8730 S.
West Jordan, Utah 84081-3370

Morrison/Forerster LLP
PO Box 60000
San Francisco, CA 94160-0001

Mountain Jack's Steakhouse
4211 State Road 26 East
Lafayette, IN 47905-4816

Mr & Mrs Marvin Pawlczyk
691 Roja Dr.
Oceanside, CA 92057-3514

Mr. James Colclaser
1049 Goldeneye View
Carlsbad, CA 92011-1225

Mr. Van Vreeswyk
852 Rio Viento Ct.
Oceanside, CA 92057-6329

National Retail Properties, Inc.
Zachary J. Bancroft
PO Box 2809
Orlando FL 32802-2809

Nicholas Bassett
5001 E Iliff Ave.
Denver, CO 80222-5515

Noel O. Valencia
4403 Springtime Drive
Oceanside, CA 92056-3548

Nomellini, Grill & McDaniel
Professional Law Corporation
235 East Weber Avenue
PO Box 1461
Stockton, CA 95201-1461

Nomellini, Grilli & McDaniel
Professional Law Corp.
PO Box 1461
235 East Weber Ave.
Stockton, CA 95202-2706

Odoljatorri, LLC
c/o W. Patrick Kelley, Sr., Esq
The City Hotel
145 S. Washington Street, Suite F
Sonora, CA 95370-4722

Office Advantage
12556 Kirkham Court, Ste. 1
Poway CA 92064-8808

Office of the U.S. Trustee
402 W. Broadway, Suite 600
San Diego, CA 92101-8511

EXHIBIT "1"

(p)OHIO DEPARTMENT OF TAXATION
BANKRUPTCY DIVISION
30 EAST BROAD STREET
COLUMBUS OHIO
43215-3414

Orene Epperson
4969 Cindy Ave.
Carlsbad, CA 92008-3847

PR Newswire
GPO Box 5897
New York, NY 10087-5897

Pamela Conde
245 W. Bobier Dr. #25
Vista Ca 92083-1927

Pamela Little
3832 Nutmeg Way
Oceanside CA 92057-8303

Pat Hannifin
2046 W. Gila Butte Dr.
Queen Creek, AZ 85142-4794

Paul Franco
7711 Dancy Road
San Diego, CA 92126-3040

Paul Gole
4711 Majorca Way
Oceanside, Ca 92056-5116

Paul Rowan
2804 Hutchison St.
Vista, CA 92084-1714

Paula B. Shore
3230 Waron Ct. Suite J
Oceanside, CA 92056

Peder R. Johnson
Suite 1100 One Jackson Place
188 Capital St.
Jackson, MS 39201-2100

Peter Nordin APS
Bakkevej 2A, Snekkersten DK
3070 Denmark Foreign 1

Phillips Farms LLC
dba Michael David Winery
4580 W. Hwy 12
Lodi, CA 95242-9529

R. Moore
1286 Discovery #84
San Marcos, CA 92078-4043

RR Donnelley Receivables, Inc.
4350 La Jolla Village Drive
Suite 300
San Diego, CA 92122-1287

Ralph & Sharron Corbin
521 Indian Wells Lane
Ridgecrest, CA 93555-3908

Rancho California Water District
PO Box 9030
Temecula CA 92589-9030

Randy Hollingworth
1197 Masterpiece Drive
Oceanside, CA 92057-7805

Raoul & Betty Grajeda
Villa Trieste
2310 Cartagena Way
Oceanside, CA 92056-1725

Realty Income Corp
Joseph H. Huston, Jr
Stevens & Lee, PC
Suite 700, 1105 North Market St.
Wilmington, DE 19801-1270

Revitalization Partners, LLC
2815 Eastlake Ave. East, Ste. 300
Seattle, WA 98102-3086

Revven/Rubinson
10601 Tierra Santa Blvd #M
San Diego, CA 92124-2616

Rewards Network Establishment Services, Inc.
c/o Isaac M. Gabriel, Esq.
Quarles & Brady LLP
2 North Central Avenue
Phoenix, AZ 85004-2391

Rex Palarca
3857 Warbler Drive
Antioch, CA 94509-9365

Rhonda Taylor
5129 Francis Street
Oceanside, CA 92057-3633

Ricardo Gayoso &
Marianne Guliot Gayoso Jtten
La Pastora 169 Las Condes
Santigo Chile, Foreign, 1

Richard A. Kittle
1008 Camino Dos Rios
Thousand Oaksk CA 91360-2361

Richard E. Herrick
7 Roxanne Ln
Lafayette, CA 94549-4619

EXHIBIT "1"

Richard Roth
65 Griffen Avenue
Scarsdale, NY 10583-7646

Richard V. Day
563 Jefferson
Napa, CA 94559-3236

Richard W. Labowe, Esq
Labowe, Labowe & Hoffman, LLP
1631 W. Beverly Blvd., 2nd Fl.
Los Angeles, CA 90026-5710

Riverside County Tax Collector
Attn: Ismael O. Vargas
4080 Lemon St., 4th Floor
Riverside, CA 92501-3634

Rob Howard
PO Box 451
Oceanside, CA 92049-0451

Robert Bonaventura
9 Roger Sherman Place
Rye, NY 10580-2730

Robert C Thorn, Esq
Kimbal, Tirey & St. John
1202 Kettner Blvd. 3rd Floor
San Diego, CA 92101-3338

Robert E. Hurlbett Atty
Hurlbett & Faucher
3324 State Street, Suite O
Santa Barbara, A   93105-2693

Robert E. Marquis
2608 Guinevere Dr.
Oceanside, CA 92054-4561

Robert H. Walters
4650 Dulin Rd - 145
Fallbrook, CA 92028-9364

Robert P. Jones
3545 Catalina Drive
Carlsbad, CA 92010-2858

Robert Porter
2635 Highland Dr.
Carlsbad, CA 92008-1028

Robin Berson
873 Muirfield Dr
Oceanside CA 92058-7017

Ronald A. Martell
25 Queensbery Way
Basking Ridge, NJ 07920-3829

Ronald Mizell
621 Aliento Ct.
Vista, CA 92081-6361

Ronald Sam
PO Box 6463
Oxnard, CA 93031-6463

Ronald W. Randle
9901 Duanect
Hunterville, NC 28078-5916

Rory Dennis
2000 S. Melrose Dr. #116
Vista, CA 92081-8769

Rosemary Fabian
3256 Mustang Circle
Fairfield, CA 94533-7722

Russell M. Holtz
8065 Station House Road
Centerville, OH 45458-2929

Ruth Frost
1145-66 Barham Dr.
San Marcos, CA 92078-4538

Sacramento Magazines Corporation
706 56th St., Ste. 210
Sacramento, CA 95819-3339

Sandra Bray
10640 King Phiillp Ct.
Santee, CA 92071-1219

Sandra Brewer
2554 Entrada Ave.
Vista, CA 92084-7912

Sandra Riner
110 Knoll Rd.
Vista, CA 92083-5813

Sandy City
PO Box 1099
Sandy City, UT 84091-1099

Scott Murphy
3214 State Road 26 West
West Lafayett, In 47906-4739

Sean & Kendra Doherty
3505 Hastings Dr.
Carlsbad, CA 92010-7041

Sean Bitner
2000 S Melrose Dr. #157
Vista, CA 92081-8775

Sebastion Atkisson
2536 1/4 Foothill Drive
Vista, CA 92084-6579

EXHIBIT "1"

Securities & Exchange Comm
Attn: Sandra Lavigna
5670 Wilshire Blvd. 11th Floor
Los Angeles, CA 90036-5627

Sharon Weiss, Esq
David Weinstein
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA 90401

David Weinstein, Esq
Holme Roberts & Owen LLP
800 West Olympic Blvd., Suite 400
Los Angeles, CA 90015

Sheldon L. Miller
3000 Town Center
Suite 1700
Southfield, MI 48075-1180

Sheri Rowe
1580 Alta Vista Dr.
Vista, CA 92084-5707

Shirley Olsen
2440 Dunstan St.
Oceanside, CA 92054-5727

Skookum Yardworks
3214 State Road 26 West
West Lafayette, IN 47906-4739

South San Francisco Scavenger Co. Inc.
PO Box 348
So. San Francisco, CA 94083-0348

Stacey Wermuth
14092 Chestnut Hill Ln
San Diego Ca 92128-4333

Stan De Hart
1203 El Rey Ave
El Cajon, CA 92021-3321

State Board of Equalization
P O Box 942879
Sacramento, CA 94279-0055

Steakhouse Partners Inc.
10200 Willow Creek Road
San Diego, CA 92131-1669

Stephanie Weaver
8833 Prestwick Way
Santee, CA 92071-2444

Stephen G. Belda
2172 S. Coast Hwy
Oceanside, CA 92054-6536

Stephen Sargeant
1158 Santa Luisa Drive
Solana Beach, CA 92075-1614

Stephen Spendlove
755 Valley Crest Dr.
Oceanside CA 92058-7401

Stewart Witt
1168 Devonshire Drive
San Diego, Ca 92107-4023

Sue Glover
3409 Calle La Veta
San Clemente, CA 92672-4855

Sue Hopkins
1251 Bluegrass Rd.
Vista, CA 92083-4704

Sunquam Trust
c/o Dierdre Henderson
Chatham Center, 3942 Route 66
Valatie, NY 12184-3718

Susan D. Genter
212 El Valle Opulento
Vista, CA 92083-7710

Susan Kelly
7813 N. 250 W
Rossville, IN 46065

Susan R. Rodak
5243 Coleridge Court
Carlsbad, CA 92008-4607

Susan Schulze-Claasen
10200 Willow Creek Road
San Diego, CA 92131-1669

Suzanne Southwell
1405 Calle Redonda
Escondido, CA 92026-1610

T. Scott Avilva
c/o Sharon Z. Weiss
Richardson & Patel, LLP
10900 Wilshire Boulevard, Suite 500
Los Angeles, CA 90024-6533

Tamara Kenney
690 W. Whipp Rd
Dayton, OH 45459-2949

Teresa Hatt
6550 robinea Drive
Carlsbad, CA 92011-2506

Terri D'Andrea
2323 Carriage Circle
Oceanside,CA 92056-3605

The Golden Key
PO Box 1587
Acme, MI 49610-1587

EXHIBIT "1"

Theodore R. Stoup
2339 N. 24th St.
Lafayette, IN 47904-1207

Thomas Englert
531 N. Braodway
Nyack, NY 10960-1216

Thomas M Kusen
3940 Gresham St. #212
San Diego, CA 92109-5808

Thomas Moore
740 Point Sur
Oceanside, CA 92058-6922

Thomas Schneider
4976 Lamia Way
Oceanside, CA 92056-7430

Timothy Bird
3014 Blackwell Dr.
Vista, CA 92084-1424

Tippecanoe Place, LLC
c/o Judy Tsai, Esq
101 Metro Dr., Suite 250
San Jose, CA 95110-1343

Tom DeCino
4155 Skyline Rd
Carlsbad, CA 92008-3641

Tom Frieder
1183 Mariposa Rd.
Carlsbad, CA 92011-4205

Tracy Austin
585 Berryhill Drive
San Marcos, CA 92069-2002

Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT 84134-9000

Valentio Carl
10039 Lomita Dr.
Alta Loma, CA 91701-5934

Victor Schwartz
3708 Davis Street
Skokie, IL 60076-1745

Vincent R. Herera
4665 Glacier Ave.
San Diego, CA 92120-2552

Virginia Dept. of Taxation
Taxing Authority Consulting Services, PC
Bankruptcy Counsel
PO Box 2156
Richmond, VA 23218-2156

Virginia Greene
31312 Lake Vista Ter
Bonsall, CA 92003-6111

Virginia Svatek
3115 Pine Valley Dr.
Fairfield, CA 94534-7516

WIlliam F. McDonald, III
The McDonald Legal Group
7220 Trade St., Ste. 202
San Diego, CA 92121-2326

Walter & Cheryl Larimer
311 La Purisma Way
Oceanside, CA 92057-6855

Wanda M. Thompson
2026 Wyoming SW
Wyoming, Mich 49519-1636

Ward and or Michele Lewis
2329 Nick Laus Drive
Oceanside, CA 92056-3702

Waste Management
2625 W. Grandview Rd. Ste. 150
Phoenix, AZ 85023-3113

William E. Winfield, Esq
Nordman Cormany Hair & Compton LLP
1000 Town Center Drive, Sixth Floor
Oxnard, CA 93036-1100

William Kragness
2140 S Coast Hwy
Oceanside Ca 92054-6536

William M. Whitteker
4519 North Lane
Del Mar, CA 92014-4133

William R. Jellison &
Joanne S. Jellison Jtten
10610 Wyndham Rd.
York, PA 17403

William U. Hugie
P. O. Box 266
125 Johnston Street
Scott, MS 38772-0266

William W. Mowbray
6814 Vianda Ct
Carlsbad, CA 92009-5338

Woods-n-Waters Wholesale Produce
5456 M-72 East
Williamburg Michigan 49690-9764

EXHIBIT "1"

Yvonne Frohrib
c/o Smith & Burstein
1730 Sonoma Blvd
Vallejo, CA 94590-6012

Zachary J. Bancroft, Esq
Lowndes, Drosdick, Doster, Kantor and Re
450 S. Orange Avenue, Suite 250
PO Box 2809
Orlando, FL 32802-2809

Albert P Giannini Jr.
Shulman Hodges & Bastian LLP
8105 Irvine Center Dr.
Suite 600
Irvine, CA 92618

Enid M. Colson
Danning Gill Diamond & Kollitz, LLP
2029 Century Park East, 3rd Floor
Los Angeles, CA 90067-2904

Heather M.S. Durian
Assistant Attorney General
G. Mennen Williams Bldg 2nd Fl.
PO Box 30754
Lansing, MI 48909-8254

J. Rudy Freeman
Liner Grode Stein Yankelevitz Sunshine
110 Glendon Ave., 14th Floor
Los Angeles, CA 90024

James L. Kennedy
PO Box 28459
San Diego, CA 92198-0459

John Kennedy
Liner Grode Stein Yankelevitz Sunshine
1100 Glendon Ave., 14th Floor
Los Angeles, CA 90024-3518

Joseph Dunn
Mintz Levin Cohn Ferris Glovsky & Popeo
3580 Carmel Mountain Road
Suite 300
San Diego, CA 92130-6768

Julia W. Brand
Brownstein Hyatt Farber Schreck, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067-3007

KEITH CHARTERS
c/o LABOWE, LABOWE & HOFFMAN, LLP
1631 W. BEVERLY BLVD.
2ND FLOOR
LOS ANGELES, CA 90026-5710

Peter E. Garrell
Liner Grode Stein Yankelevitz Sunshine
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3518

Cynthia Halpin Brown
2881 Woodridge Cirlce
Carlsbad, CA 92008-1162

Naomi Levitt
5321 S. Lee Court
South Bend IN 46614-5930

Willard Frazier
Law Office of Richard V. Day
587 Jefferson St.
Napa, CA 94559-3236

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Delaware Secretary of State
Division of Corporations
POB 7040
Dover, DE 19903

IRS
Special Procedures Branch
880 Front Street, Room 3269
San Diego, CA 92101

(d)Internal Revenue Service
Insolvency Group 1
880 Front Street
San Diego CA 92101-8869

(d)Internal Revenue Service
PO Box 21126
Philadelphia PA 19114

Ohio Department of Taxation
30 East Broad Street
Columbus, Ohio 43215

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

EXHIBIT "1"

John Pappajohn
2116 Financial Center
Des Moines, IA 50309

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)A & A Flooring | (u)AFCO Acceptance Corporation | (u)AllBright Electric Company, Inc. |
| (u)BFC Willow Creek LLC | (du)BFC-Willow Creek, LLC | (u)Central Meat and Provision |
| (u)County of Kern | (u)Ecolab, Inc | (u)Grand Avenue Produce Co., Inc. |
| (u)Green Farms /Worldwide Produce | (u)Kern County Tax Collector | (u)National Retail Properties, Inc. |
| (u)Official Committee of Unsecured Creditors | (u)Produce One, Inc. | (u)Realty Income Corp |
| (u)SMH Investments LLC | (u)Southwest Traders Inc | (u)State Of California, Franchise Tax Board |
| (u)State of Michigan Depratment of Treasury | (u)Tippecanoe Place LLC | (u)Tom Maceri & Son, Inc. |
| (u)U.S. FoodService, Inc. | (d)A. Stone Douglass<br>10200 Willow Creek Road<br>San Diego, CA 92131-1669 | (u)Alexander C Theriault |

EXHIBIT "1"

(u)Anette Garcia
Not Known

(u)Endeavor Asset Management
c/o Patrick Tully
29 Broadway, Suite 1515

(u)Gareth Evans &
Muriel Evans Jtten
Not Known


(d)Jan Reinicke
4979 Gabrieliano Ave.
Oceanside, CA 92057-4437

(d)John Pappajohn
666 Walnut St. Ste 2116
Des Moines, IA 50309-3908

(u)Marcy Passuello


(u)Millie A. Ballard

(u)Nelda Bates
14027 Mansa Dr.
La Mirada,

(d)Nevada Department of Taxation
Attn: Bankruptcy Section
555 E Washington Ave #1300
Las Vegas, NV 89101-1046


(du)Produce One, Inc.

(u)Ray Gutierrez
Channenge Dairy Products, Inc
11875 Dublin Blvd., B-230

(d)Sharon Weiss, Esq
David Weinstein
Richardson & Patel, LLP
10900 Wilshire Blvd. Suite 500
Los Angeles, CA 90024-6533


(u)Audie Dudum

(u)James Kroetch

(u)James Ramsay


(u)James Watt

(u)Joseph L. Wulkowicz

(u)Stuart Harris


(u)T. Scott Avila

(u)Thomas Schneider

(u)Yvonne Frohrib


End of Label Matrix
Mailable recipients   436
Bypassed recipients    45
Total                 481


EXHIBIT "1"

## Mailing Information for Case 08-04147-CL7

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Ruth Elin Auerbach**    attorneyruth@sbcglobal net
- **Victoria Baker**    victoria.baker@boe.ca.gov
- **Adam N. Barasch**    anb@severson.com, jc@severson.com
- **Bradley D. Blakeley**    bblakeley@blakeleyllp.com, ecf@blakeleyllp.com
- **Scott E. Blakeley**    seb@blakeleyllp.com
- **Julia W. Brand**    jbrand@bhfs.com
- **Enid M. Colson**    ecolson@dgdk.com
- **Jeffry A. Davis**    jadavis@mintz.com, dsjohnson@mintz.com;aobrient@mintz.com;docketing@mintz.com
- **Richard V. Day**    rvd@rvdaylaw.com
- **Joseph R. Dunn**    jrdunn@mintz.com,
  tlmayo@mintz.com;jadavis@mintz.com;aobrient@mintz.com;dsjohnson@mintz.com;docketing@mintz.com
- **Mary Testerman Duvoisin**    mary m.testerman@usdoj.gov, USTP.region15@usdoj.gov;tiffany.l.carroll@usdoj.gov
- **J. Rudy Freeman**    , cjacobo@linerlaw.com
- **Christopher V. Hawkins**    hawkins@sullivanhill.com,
  hill@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hawkins@ecf.inforuptcy.com
- **Jean M. Heinz**    jeanheinz@nethere.com
- **Joan S. Huh**    Joan.Huh@boe.ca.gov
- **James L. Kennedy**    jim@jlkennedy.com, jkennedy@ecf.epiqsystems.com
- **John Kennedy**    jkennedy@linerlaw.com
- **Dean T. Kirby**    dkirby@kirbymac.com,
  jwilson@kirbymac.com;rrobinson@kirbymac.com;Jacquelyn@ecf.inforuptcy.com;twright@kirbymac.com
- **Richard W. Labowe**    llhlaw1631@aol.com
- **Adam A. Lewis**    alewis@mofo.com
- **Drew L. Lyman**    drew@drewlymanlaw.com, brenda@lymanpotente.com
- **Daniel A. McDaniel**    damplc@pacbell.net
- **Elissa D. Miller**    emiller@sulmeyerlaw.com, jbalitzer@sulmeyerlaw.com
- **Ali M.M. Mojdehi**    amojdehi@cooley.com, jgertz@cooley.com;bbyun@cooley.com;arego@cooley.com
- **Kerry A. Moynihan**    kerry moynihan@bryancave.com, apameh.vaziri@bryancave.com;raul.morales@bryancave.com
- **Aram Ordubegian**    ordubegian.aram@arentfox.com
- **Michael B. Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **Jeffrey Schlei**    Jeffrey.A.Schlei@irscounsel.treas.gov
- **Leonard M. Shulman**    lshulman@shbllp.com, twalsworth@shbllp.com
- **Gerald N. Sims**    jerrys@psdslaw.com, bonniec@psdslaw.com
- **Susan C. Stevenson**    sstevenson@psdslaw.com, bonniec@psdslaw.com
- **Susan C. Stevenson**    sstevenson@psdslaw.com, bonniec@psdslaw.com
- **Lisa Torres**    ltorres@gogglaw.com, clane@gogglaw.com
- **David R. Weinstein**    dweinstein@weinsteinlawfirm.net
- **Sharon Z. Weiss**    sharon.weiss@bryancave.com, raul.morales@bryancave.com
- **William E. Winfield**    wwinfield@lrmmt.com

EXHIBIT "2"