James L. Kennedy, Trustee
P.O. Box 28459
San Diego, CA 92198-0459
Telephone No. (858) 451-8859
Email: jim@jlkennedy.com

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re STEAKHOUSE PARTNERS, INC., a Delaware corporation,<br><br>          Debtor. | Case No. 08-04147-MM7<br><br>(Substantively consolidated with Case Nos. 08-04152 and 08-04153)<br><br>THIRD AND FINAL APPLICATION FOR COMPENSATION FOR:<br>JAMES L. KENNEDY CHAPTER 7 TRUSTEE<br><br>Date:   May 4, 2015<br>Time:  10:00 a.m.<br>Dept.:   5<br>Judge: Honorable Christopher B. Latham |

I, James L. Kennedy (Applicant), respectfully request this Court to award third and final compensation as an administrative expense for services rendered as Chapter 7 Trustee from November 7, 2014 to May 4, 2015 in the sum of $46,582.99 on factors outlined in 11 U.S.C. §330 and limited by 11 U.S.C. §326 as discussed below.

**STATEMENT OF FACTS**

1.     This case was commenced with the filing of voluntary petitions by Debtors under Chapter 11 of Title 11 of the United States Code on May 15, 2008.  Debtor's cases were administratively consolidated by order entered May 28, 2008.  [Docket No. 37.]  On November 8, 2010, the cases were converted to Chapter 7, and, on November 8, 2010, James L. Kennedy

1

was appointed the Chapter 7 Trustee of all of Debtors bankruptcy estates. [Docket No. 650.]. The cases were substantively consolidated December 11, 2014. [Docket No. 880.]

2. Trustee previously presented to the Court a first interim application for compensation for the Chapter 7 period November 8, 2010 to May 18, 2012 in the amount of $38,250.00 plus reimbursement of expenses of $3,928.01. [Docket No. 767.] The Trustee presented a second interim application for compensation for the period May 18, 201 to November 6, 2014 in the amount of $45,000.00. [Docket No. 850.]

3. The Order approving the payment of the first interim application in the amount of $38,250 and reimbursement of expenses in the amount of $3,928.01 was entered on June 22, 2012. [Docket No. 773.] The Order approving the second interim application in the amount of $45,000.00 was entered December 9, 2014. [Docket No. 876.]

**FINANCIAL CONDITION AND STATUS OF ESTATE**

3. As of April 6, 2015 there is $1,559,771.29 in trust accounts at Union Bank of California.

**DESCRIPTION OF SERVICES**

7. In connection with my appointment as Trustee in this case, Applicant performed the following duties as required by 11 U.S.C. §704:

(a) <u>Asset Investigation and Liquidation</u>

The significant asset administered in this case since the previous application was the proceeds received from the settlement of litigation claims brought by the Official Creditors Committee in San Diego Superior Court against Debtors officers and directors Order entered on October 14, 2014. [Docket No. 848].

(b) <u>Case Administration</u>  Services performed under this category consisted of those services which generally relate to the administration of the debtor's bankruptcy estate, including but not limited to, preparing for and presiding over the 341(a) First Meeting of Creditors providing general information, reviewing and responding to creditor inquiries, investigating financial records of the debtor, preparing reports required by the Office of the United States Trustee, and maintaining trust account records. All receipts and disbursements were documented

by the utilization of a Cash Receipts and Disbursement Ledger, with regular review of bank statements. Attached hereto and incorporated by reference is a copy of the General Ledger as Exhibit "A."

(c) <u>Claims Review and Objections</u> Since the previous application the Trustee spent significant time reviewing the Chapter 11 Administrative claims filed in each of the consolidated cases. This category includes reviewing the claims filed in the Chapter 11 case and the administrative claims filed in the Chapter 7 case, filing objections when necessary. Pursuant to an Order approving the settlement of certain tax claims [Docket No. 848] a total of $400,000.00 was paid. The balance of funds will pay 100% of the Chapter 7 Administrative claims and approximately 70% of the Chapter 11 Administrative claims.

(d) <u>Supervision of Professionals</u> It was necessary to employ Pyle Sims Duncan and Stevenson Esq. to assist the trustee with all of the issues related to specific legal regarding the administration of Estate assets, prepare necessary pleadings, attend hearings, and provide general legal advice. Trustee also employed the law firm of Hulett Harper Stewart, LLP to pursue the claim against the Officers and Directors on behalf of the Estate. Jeanne Goddard, CPA was employed to provide advice regarding the tax consequences of administration of Estate's assets, and prepare the Estate's tax returns for efficient and timely administration.

8. All services provided this estate by the Trustee were necessary to preserve, safeguard and liquidate the estate as required by 11 U.S.C. §704, and the United States Trustee Handbook for Chapter 7 Trustees.

7. Applicant has computed a fee allowed under 11 U.S.C. §326(a) on distributions of $3,552,766.24 during the Chapter 7 period, to creditors and parties in interest, including the holders of secured claims, but excluding the debtor. The percentage fee computed for the trustee's maximum compensation is as follows:

| | | |
|---|---|---|
| 25% of the First | $    5,000.00 | $   1,250.00 |
| 10% of the Next | $   45,000.00 | $   4,500.00 |
| 5% of the Next | $  950,000.00 | $  47,500.00 |
| 3% of the next | $ 2,552,766.24 | <u>$ 76,582.99</u> |

|   |   |
|---|---|
| Maximum compensation | $129,832.99 |
| Less previous application | $ 83,250.00 |
| Balance | $ 46,582.99 |

9. In reviewing the reasonableness of this fee application, Applicant respectfully requests this honorable Court to recognize that, "absent extraordinary circumstances, Chapter 7, 12 and 13 trustees fees should be presumed reasonable if they are requested at the statutory rate" and the Bankruptcy Court should approve them "without any significant additional review." *In re Salgado-Nava*, 473 B.R. at 921.

10. Trustee is not requesting reimbursement of additional expenses

11. The Trustee is a disinterested person eligible to serve under 11 U.S.C. §321 and receive compensation under the provisions of 11 U.S.C. §330(a)(1). The Trustee does not have any arrangements for the sharing of compensation prohibited under 11 U.S.C. §504.

12. <u>Qualifications of Applicant</u> Trustee's educational background include Bachelor of Business from Western Illinois University, numerous graduate level finance and real estate related courses and seminars. Trustee's experience includes that of a licensed real estate broker in the State of California since 1987 and member of the Standing Panel of Chapter 7 Trustees since 1989.

13. WHEREFORE, the Trustee prays that this Court enter an order approving this third and final application for fees in the amount of $46,582.99, confirm the prior awards from the first and second interim applications totaling $83,250.00 for total fees in the amount of $129,832.99, and further relief as the Court deems proper.

Dated:  April 6, 2015              /s/James L. Kennedy
                                   James L. Kennedy, Applicant

4

**Declaration by Trustee**

I declare under penalty of perjury that the statements contained in the foregoing Application for First and Final Award of Compensation and Reimbursement of Expenses of Chapter 7 Trustee is true and correct to the best of my knowledge, information and belief.

Dated: April 6, 2015

/s/James L. Kennedy
James L. Kennedy, Trustee

Exhibit "A"

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-04147
Case Name: STEAKHOUSE PARTNERS INC.,
Taxpayer ID No: XX-XXX8672
For Period Ending: 04/06/2015

Trustee Name: JAMES KENNEDY
Bank Name: Union Bank
Account Number/CD#: XXXXXX0556
UBOC General Checking Account
Blanket Bond (per case limit): $3,200,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/16/10 | | UNION BANK OF CALIFORNIA | Transfer from DIP Account Union Bank Acct # 101115-029312 with a balance of $1,076,523.28 sum include $117,000.00 California Taxes from the sale of 4 liquor licenses Union Bank Acct # 101115-029314 with a balance of $ 3,031.83 | 1121-000 | $1,079,555.11 | | $1,079,555.11 |
| 11/16/10 | | Transfer to Acct # XXXXXX0564 | Bank Funds Transfer | 9999-000 | | $1,074,555.11 | $5,000.00 |
| 12/07/10 | | Transfer from Acct # XXXXXX0564 | Bank Funds Transfer | 9999-000 | $3,300.00 | | $8,300.00 |
| 12/07/10 | 101 | GEORGE ADAMS & COMPANY INSURANCE AG 4501 CARTWRIGHT ROADSUITE 402MISSOURI CITY, TX 77459 | INDIVIDUAL BOND PREMIUM SUR0012654 | 2300-000 | | $3,300.00 | $5,000.00 |
| 01/04/11 | 3 | UNITED STATES TREASURY Internal Revenue Service | Refund F-940 12/98 | 1224-000 | $566.11 | | $5,566.11 |
| 01/04/11 | 3 | UNITED STATES TREASURY Internal Revenue Service | Refund F-1120 12/06 | 1224-000 | $2,115.54 | | $7,681.65 |
| 01/04/11 | 3 | UNITED STATES TREASURY Internal Revenue Service | Refund F-941 12/08 | 1224-000 | $793.86 | | $8,475.51 |
| 01/13/11 | | Transfer to Acct # XXXXXX0564 | Bank Funds Transfer | 9999-000 | | $3,475.51 | $5,000.00 |
| 03/16/11 | 102 | INTERNATIONAL SURETIES, LTD 701 Poydras St.Suite 420New Orleans, LA 70139 | Bond Premium Bond # 016025040 Term 11/15/10 - 11/15/11 | 2300-000 | | $937.20 | $4,062.80 |
| 04/28/11 | 14 | JAMES L. KENNEDY P.O. BOX 28459SAN DIEGO, CA 92198 | BOND PREMIUM REIMBURSEMENT | 1121-000 | $1,959.20 | | $6,022.00 |
| 04/28/11 | 14 | GEORGE ADAMS & CO. INSURANCE AGENCY | BOND PREMIUM REFUND | 1121-000 | $2,278.00 | | $8,300.00 |
| 04/28/11 | 1 | UNION BANK | DIP Account | 1121-000 | $1,079,555.11 | | $1,087,855.11 |

Page Subtotals: $2,170,122.93   $1,082,267.82

Exhibit "A"

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-04147
Case Name: STEAKHOUSE PARTNERS INC.,
Taxpayer ID No: XX-XXX8672
For Period Ending: 04/06/2015

Trustee Name: JAMES KENNEDY
Bank Name: Union Bank
Account Number/CD#: XXXXXX0556
UBOC General Checking Account
Blanket Bond (per case limit): $3,200,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/28/11 | | Reverses Adjustment IN on 11/16/10 | Transfer from DIP Account Reversed because funds should have been added as a "deposit and not an "adjustment in" even though the funds were transferred from one Union Bank Account to another Union Bank Account | 1121-000 | ($1,079,555.11) | | $8,300.00 |
| 06/14/11 | 103 | MICHIGAN LIQUOR CONTROL COMMISSION 7150 HARRIS DRIVEP.O. BOX 30005LANSING, MI 48909-7505 | LIQUOR LICENSE RESORT CLASS C - 40565-2010 AND 5620-2010 LIQUOR LICENSE CLASS C - 7196-2010 | 2500-000 | | $210.00 | $8,090.00 |
| 07/06/11 | | Transfer from Acct # XXXXXX0564 | Transfer In From MMA Account | 9999-000 | $1,074,811.43 | | $1,082,901.43 |
| 07/07/11 | | CARLIN, EDWARDS, BROWN & HOWE, LLC | DEPOSIT | | $5,000.00 | | $1,087,901.43 |
| | | | Gross Receipts      $11,501.27 | | | | |
| | | Oakland County, MI | PROPERTY TAX      ($5,711.27) | 2990-000 | | | |
| | | Michigan Liquor Commission | RENEWAL FEE      ($790.00) | 2500-000 | | | |
| | 8 | | The Auburn Hills, Michigan Liquor License      $11,501.27 | 1129-000 | | | |
| 07/07/11 | 8 | CARLIN, EDWARDS, BROWN & HOWE, LLC | NET PROCEEDS | 1129-000 | $18,498.73 | | $1,106,400.16 |
| 02/10/12 | 104 | INTERNATIONAL SURETIES, LTD 701 Poydras St.Suite 420New Orleans, LA 70139 | Blanket Bond Premium Bond # 016025040 | 2300-000 | | $1,968.81 | $1,104,431.35 |
| 02/28/12 | | JAMES L. KENNEDY P.O. BOX 28459SAN DIEGO, CA 92198 | Bond Premium Reimbursement | 2300-000 | | ($1,968.81) | $1,106,400.16 |

Page Subtotals:                                                                                                              $18,755.05                    $210.00

Exhibit "A"

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-04147  
Case Name: STEAKHOUSE PARTNERS INC.,  
Taxpayer ID No: XX-XXX8672  
For Period Ending: 04/06/2015

Trustee Name: JAMES KENNEDY  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX0556  
UBOC General Checking Account  
Blanket Bond (per case limit): $3,200,000.00  
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 05/17/12 | 105 | CLASS IV CREDITOR TRUST<br>T. Scott Avila Trusteec/o David R. Weinstein, Esq.Bryan Cave, LLP800 West Olympic Blvd., 4th FloorLos Angeles, CA 90015 | Settlement per order<br>Order entered 5/8/12 | 2990-000 | | $700,000.00 | $406,400.16 |
| 06/25/12 | 106 | PYLE, SIMS, DUNCAN & STEVENSON<br>401 B STREETSUITE 1500SAN DIEGO, CA 92101 | ATTORNEY FOR TRUSTEE<br>PER ORDER DATED 6/25/12<br>FEES $307,077.00<br>COSTS $2,256.12 | | | $309,333.12 | $97,067.04 |
| | | DUNCAN & STEVENSON PYLE SIMS | ATTORNEY FOR TRUSTEE            ($307,077.00) | 3210-000 | | | |
| | | DUNCAN & STEVENSON PYLE SIMS | ATTORNEY FOR TRUSTEE            ($2,256.12) | 3220-000 | | | |
| 06/25/12 | 107 | JAMES L. KENNEDY<br>P.O. BOX 28459SAN DIEGO, CA 92198 | TRUSTEE FEES & EXPENSES<br>Court Order 6/25/12<br>Fees $38,250.00<br>Costs $3,928.01 | | | $42,178.01 | $54,889.03 |
| | | JAMES KENNEDY - Ch 7 | TRUSTEE FEES &            ($38,250.00)<br>EXPENSES | 2100-000 | | | |
| | | JAMES KENNEDY - Ch 7 | TRUSTEE FEES &            ($3,928.01)<br>EXPENSES | 2200-000 | | | |
| 09/26/12 | 108 | LOCK-IT LOCKERS SELF STORAGE<br>1560 Frazee RoadSan Diego, CA 92108 | Unit B133<br>Storage rent 8/1/12 thru 12/31/12 | 2410-000 | | $1,305.00 | $53,584.03 |
| 12/10/12 | 109 | INTERNATIONAL SURETIES, LTD<br>701 Poydras St.Suite 420New Orleans, LA 70139 | BLANKET BOND DRAW<br>Bond # 016025040<br>Term 11/15/12 - 11/15/13 | 2300-000 | | $96.68 | $53,487.35 |
| 01/14/13 | 110 | LOCK- IT LOCKERS SELF STORAGE<br>1560 Frazee Rd.San Diego, CA 92108 | SELF STORAGE EXPENSE<br>Unit  B133  Rent 1/7/13 - 3/6/13 | 2410-000 | | $500.00 | $52,987.35 |
| 01/16/13 | 15 | CASCADE CAPITAL MANAGEMENT | | 1221-000 | $30,000.00 | | $82,987.35 |
| 03/04/13 | 111 | LOCK- IT LOCKERS SELF STORAGE<br>1560 Frazee Rd.San Diego, CA 92108 | SELF STORAGE EXPENSE<br>Unit # B133<br>3/7/06 9/06/13  - 6 months | 2410-000 | | $1,500.00 | $81,487.35 |
| 03/07/13 | 16 | INSURANCE BROKERAGE SETTLEMENT<br>c/o Rust Consulting, Inc. | | 1249-000 | $131.51 | | $81,618.86 |

Page Subtotals: $30,131.51   $1,054,912.81

Exhibit "A"

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-04147  
Case Name: STEAKHOUSE PARTNERS INC.,  
Taxpayer ID No: XX-XXX8672  
For Period Ending: 04/06/2015  

Trustee Name: JAMES KENNEDY  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX0556  
UBOC General Checking Account  
Blanket Bond (per case limit): $3,200,000.00  
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform Tran. Code | 6<br>Deposits ($) | 7<br>Disbursements ($) | Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 03/07/13 | 16 | INSURANCE BROKERAGE SETTLEMENT<br>c/o Rust Consulting, Inc. | | 1249-000 | $171.14 | | $81,790.00 |
| 03/07/13 | 16 | INSURANCE BROKERAGE SETTLEMENT<br>c/o Rust Consulting, Inc. | | 1249-000 | $134.51 | | $81,924.51 |
| 03/07/13 | 16 | Reverses Deposit # 9 | Incorrect amount | 1249-000 | ($131.51) | | $81,793.00 |
| 09/16/13 | 112 | Lock It Lockers<br>1560 Frazee Rd.<br>San Diego, CA 92108 | Storage Fees<br>Rental of Unit B133<br>Term 09/07/13 - 11/06/13 | 2410-000 | | $250.00 | $81,543.00 |
| 10/25/13 | 113 | LOCK IT LOCKERS<br>1560 FRAZEE ROAD<br>SAN DIEGO, CA 92108 | Storage Fees<br>UNIT B133<br>RENT TO 12/6/13 | 2410-000 | | $375.00 | $81,168.00 |
| 11/22/13 | 114 | LOCK-IT LOCKERS SELF STORAGE<br>1560 Frazee Road<br>San Diego, CA 92108 | Storage Fees<br>Tenant 31673<br>Unit # B133<br>12/7 13 - 2/6/14 | 2410-000 | | $500.00 | $80,668.00 |
| 01/06/14 | 115 | INTERNATIONAL SURETIES LTD<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond Premium | 2300-000 | | $159.45 | $80,508.55 |
| 01/28/14 | 116 | LOCK-IT LOCKERS SELF STORAGE<br>1560 Frazee Road<br>San Diego, CA 92108 | Storage Fees<br>Unit # B133<br>Term 2/7 - 4/6/2014 | 2410-000 | | $500.00 | $80,008.55 |
| 03/19/14 | 117 | LOCK-IT LOCKERS SELF STORAGE<br>1560 FRAZEE ROAD<br>SAN DIEGO, CA 92108 | Storage Fees<br>UNIT # B133<br>4/7/14 - 5/6/14 | 2410-000 | | $280.00 | $79,728.55 |
| 04/08/14 | 16 | Insurance Brokerage Settlement 2013 | Refund | 1290-000 | $27.27 | | $79,755.82 |
| 04/08/14 | 16 | Insurance Brokerage Settlement 2013 | Refund | 1290-000 | $34.69 | | $79,790.51 |
| 04/29/14 | 17 | Auditor of State of Indiana | Unclaimed Funds<br>Warrant 311051359 | 1290-000 | $50.00 | | $79,840.51 |
| 04/29/14 | 118 | LOCK-IT-LOCKERS SELF STORAGE<br>1560 Frazee Road<br>San Diego, CA 92108 | Storage Fees<br>Unit B133<br>Term 5/7/14 -6/6/14 | 2410-000 | | $280.00 | $79,560.51 |

Page Subtotals: $286.10    $2,344.45

Exhibit "A"

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-04147  
Case Name: STEAKHOUSE PARTNERS INC.,  
Taxpayer ID No: XX-XXX8672  
For Period Ending: 04/06/2015  

Trustee Name: JAMES KENNEDY  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX0556  
UBOC General Checking Account  
Blanket Bond (per case limit): $3,200,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/23/14 | 119 | Nathan A. Rakov<br>21986 Lyons Valley Road<br>Alpine, CA 91901-3484 | Adjuster Fees<br>Document destruction | 2990-000 | | $1,208.50 | $78,352.01 |
| 09/03/14 | 120 | SUSAN SCHULZE-CLAASEN<br>c/o Sean T. Prosser, Esq.<br>Perkins Cole, LLP<br>11988 El Camino Real, Suite 350<br>San Diego, CA 92130-2594 | Reimbursement for storage charges per order entered 8/26/14 Docket # 844 | 2410-000 | | $5,250.00 | $73,102.01 |
| 10/30/14 | 13 | Hartford Fire Insurance Co. | Settlement Proceeds | 1149-000 | $2,400,000.00 | | $2,473,102.01 |
| 11/06/14 | 121 | Indiana Department of Revenue<br>c/o Steven D. Carpenter, Esq.<br>IGCN N-248<br>100 North Senate Avenue MS 102<br>Indianapolis, IN 46204 | Settlement Per Order<br>Order Entered 10/14/2014 DKT #848 | 6950-000 | | $100,000.00 | $2,373,102.01 |
| 11/06/14 | 122 | Ohio Department of Taxation<br>c/o Rebecca Daum, Esq.<br>Bankruptcy Division<br>30 East Broad Street, 21st Floor<br>Columbus, OH 43215 | Settlement Per Order<br>Order Entered 10/14/2014 DKT # 848 | 6950-000 | | $60,000.00 | $2,313,102.01 |
| 11/06/14 | 123 | Michigan Department of Treasury Operations Center<br>Attn: Office of Collections/Bankruptcy<br>7285 Parsons Dr.<br>Dimondale, MI 48921 | Settlement Per Order<br>Order Entered 10/14/2014 DKT #848<br>TIN 94-3248672 | 6950-000 | | $200,000.00 | $2,113,102.01 |
| 11/06/14 | 124 | Utah State Tax Commission<br>210 North, 1950 West<br>Salt Lake City, UT 84116<br>Attn: Allen Maxson | Settlement Per Order<br>Order Entered 10/14/2014 Dkt. # 848 | 6990-000 | | $40,000.00 | $2,073,102.01 |
| 11/06/14 | 125 | International Sureties, Ltd<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond Premium<br>Bond # 016025040 | 2300-000 | | $127.84 | $2,072,974.17 |
| 12/01/14 | 126 | INTERNATIONAL SURETIES LTD<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA  70139 | bond | 2300-000 | | $3,414.79 | $2,069,559.38 |

Page Subtotals: $2,400,000.00    $410,001.13

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit "A"

Case No: 08-04147  
Case Name: STEAKHOUSE PARTNERS INC.,  
Taxpayer ID No: XX-XXX8672  
For Period Ending: 04/06/2015  

Trustee Name: JAMES KENNEDY  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX0556  
UBOC General Checking Account  
Blanket Bond (per case limit): $3,200,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/09/14 | 127 | JAMES KENNEDY<br>P. O. BOX 28459<br>SAN DIEGO, CA 92198-0459 | Trustee Fees<br>Order Entered 12/09/2014 | 2100-000 | | $45,000.00 | $2,024,559.38 |
| 12/09/14 | 128 | PYLE SIMS DUNCAN & STEVENSON<br>401 B STREET<br>SUITE 1500<br>SAN DIEGO, CA 92101 | Trustee Attorney | 3210-000 | | $343,755.42 | $1,680,803.96 |
| 12/09/14 | 129 | HULETT HARPER STEWARD, LLP | Trustee Attorney<br>SPECIAL COUNSEL<br>ORDER ENTERED 12/09/2014 | | | $92,860.77 | $1,587,943.19 |
| | | Hulett Harper Stewart LLP | ($91,627.50) | 3210-000 | | | |
| | | Hulett Harper Stewart LLP | ($1,233.27) | 3220-000 | | | |
| 12/09/14 | 130 | NGS LLP<br>6120 Paseo Del Norte, Suite A-1<br>Carlsbad, CA 92011 | Trustee Accountant<br>ORDER ENTERED 12/09/2014 | | | $18,541.90 | $1,569,401.29 |
| | | NGS LLP | ($18,370.00) | 3410-000 | | | |
| | | NGS LLP | ($171.90) | 3420-000 | | | |
| 01/22/15 | 18 | Oak Point Partners, Inc.<br>1540 E. Dundee Rd., Ste. 240<br>Palatine, IL 60074 | Collection of Receivables<br>Order entered 1/15/2015 DKT #889 | 1229-000 | $5,000.00 | | $1,574,401.29 |
| 04/01/15 | 131 | FRANCHISE TAX BOARD<br>P.O. BOX 942857<br>SACRAMENTO, CA 94257-0501 | CORPORATE INCOME TAX<br>2010 FORM 100 12/31/2010<br>FEIN 94-3248672 | 2820-000 | | $2,400.00 | $1,572,001.29 |
| 04/01/15 | 132 | FRANCHISE TAX BOARD<br>P.O. BOX 942857<br>SACRAMENTO, CA 94257-0501 | CORPORATE INCOME TAX<br>2011 FORM 100 12/31/2011<br>FEIN 94-3248672 | 2820-000 | | $2,400.00 | $1,569,601.29 |
| 04/01/15 | 133 | FRANCHISE TAX BOARD<br>P.O. BOX 942857<br>SACRAMENTO, CA 94257-0501 | CORPORATE INCOME TAX<br>2012 FOR 100 12/31/2012<br>FEIN 94-3248672 | 2820-000 | | $1,600.00 | $1,568,001.29 |
| 04/01/15 | 134 | FRANCHISE TAX BOARD<br>P.O. BOX 942857<br>SACRAMENTO, CA 94257-0501 | CORPORATE INCOME TAX<br>2013 FORM 100 12/31/13<br>FEIN 94-328672 | 2820-000 | | $1,600.00 | $1,566,401.29 |
| 04/01/15 | 135 | FRANCHISE TAX BOARD<br>P.O. BOX 942857<br>SACRAMENTO, CA 94257-0501 | CORPORATE INCOME TAX<br>2014 FORM 100 12/31/2014<br>FEIN 94-3248672 | 2820-000 | | $6,630.00 | $1,559,771.29 |
| | | | Page Subtotals: | | $5,000.00 | $514,788.09 | |

Exhibit "A"

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $4,624,295.59 | $3,064,524.30 |
| Less: Bank Transfers/CD's | $1,078,111.43 | $1,078,030.62 |
| Subtotal | $3,546,184.16 | $1,986,493.68 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,546,184.16 | $1,986,493.68 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit "A"

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-04147 | Trustee Name: | JAMES KENNEDY |
|---|---|---|---|
| Case Name: | STEAKHOUSE PARTNERS INC., | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0564 |
| | | | UBOC Money Market Account |
| Taxpayer ID No: | XX-XXX8672 | Blanket Bond (per case limit): | $3,200,000.00 |
| For Period Ending: | 04/06/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |


| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/16/10 | | Transfer from Acct # XXXXXX0556 | Bank Funds Transfer | 9999-000 | $1,074,555.11 | | $1,074,555.11 |
| 11/30/10 | 2 | Union Bank | Interest Rate 0.050 | 1270-000 | $22.10 | | $1,074,577.21 |
| 12/07/10 | | Transfer to Acct # XXXXXX0556 | Bank Funds Transfer | 9999-000 | | $3,300.00 | $1,071,277.21 |
| 12/31/10 | 2 | Union Bank | Interest Rate 0.050 | 1270-000 | $45.51 | | $1,071,322.72 |
| 01/13/11 | | Transfer from Acct # XXXXXX0556 | Bank Funds Transfer | 9999-000 | $3,475.51 | | $1,074,798.23 |
| 01/31/11 | 2 | Union Bank | Interest Rate 0.000 | 1270-000 | $13.20 | | $1,074,811.43 |
| 07/06/11 | | Transfer to Acct # XXXXXX0556 | Final Posting Transfer | 9999-000 | | $1,074,811.43 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $1,078,111.43 | $1,078,111.43 |
| Less: Bank Transfers/CD's | $1,078,030.62 | $1,078,111.43 |
| Subtotal | $80.81 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $80.81 | $0.00 |

Page Subtotals: $1,078,111.43    $1,078,111.43

Exhibit "A"

## TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0556 - UBOC General Checking Account | $3,546,184.16 | $1,986,493.68 | $1,559,771.29 |
| XXXXXX0564 - UBOC Money Market Account | $80.81 | $0.00 | $0.00 |
|  | $3,546,264.97 | $1,986,493.68 | $1,559,771.29 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $6,501.27 |
|---|---|
| Total Net Deposits: | $3,546,264.97 |
| Total Gross Receipts: | $3,552,766.24 |

Trustee Signature:   /s/ JAMES KENNEDY     Date: 04/06/2015

JAMES KENNEDY
P. O. BOX 28459
SAN DIEGO, CA  92198-0459
(858) 451-8859
jim@jlkennedy.com

Page Subtotals:   $0.00   $0.00

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

In re STEAKHOUSE PARTNERS, INC.
Case No. 08-04147-CL7
(Consolidated with 08-04152 and 08-04153)

**CERTIFICATE OF SERVICE**

I, Bonnie Connolly, declare: I am and was at the time of the service of the papers herein referred over the age of 18 years and not a party to the action. My business address is 401 B Street, San Diego, California.

Pursuant to controlling General Order(s) and in accordance with the Administrative Procedures and Guidelines for Electronic Filing, the following document(s) will be served by the Court via Notice of Electronic Filing ("NEF") and hyperlink to the document. On April 6, 2015, I checked the CM/ECF docket for this bankruptcy case and the persons listed on Attachment "1" hereto are on the Electronic Mail List to receive NEF transmission at the email address listed.

**THIRD AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JAMES L. KENNEDY, CHAPTER 7 TRUSTEE**

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 6, 2015 at San Diego, California.

                         /s/ Bonnie Connolly
                         Bonnie Connolly

# Mailing Information for Case 08-04147-CL7

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Ruth Elin Auerbach**    attorneyruth@sbcglobal net
- **Victoria Baker**    victoria.baker@boe.ca.gov
- **Bradley D. Blakeley**    bblakeley@blakeleyllp.com, ecf@blakeleyllp.com
- **Scott E. Blakeley**    seb@blakeleyllp.com
- **Julia W. Brand**    jbrand@bhfs.com
- **Enid M. Colson**    ecolson@dgdk.com
- **Jeffry A. Davis**    jadavis@mintz.com, dsjohnson@mintz.com;aobrient@mintz.com;docketing@mintz.com
- **Richard V. Day**    rvd@rvdaylaw.com
- **Joseph R. Dunn**    jrdunn@mintz.com, tlmayo@mintz.com;jadavis@mintz.com;aobrient@mintz.com;dsjohnson@mintz.com;docketing@mintz.com
- **Mary Testerman Duvoisin**    mary m.testerman@usdoj.gov, USTP.region15@usdoj.gov;tiffany.l.carroll@usdoj.gov
- **J. Rudy Freeman**    , cjacobo@linerlaw.com
- **Christopher V. Hawkins**    hawkins@sullivanhill.com, hill@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hawkins@ecf.inforuptcy.com
- **Jean M. Heinz**    jeanheinz@nethere.com
- **Joan S. Huh**    Joan.Huh@boe.ca.gov
- **James L. Kennedy**    jim@jlkennedy.com, jkennedy@ecf.epiqsystems.com
- **John Kennedy**    jkennedy@linerlaw.com
- **Dean T. Kirby**    dkirby@kirbymac.com, jwilson@kirbymac.com;rrobinson@kirbymac.com;Jacquelyn@ecf.inforuptcy.com;twright@kirbymac.com
- **Richard W. Labowe**    llhlaw1631@aol.com
- **Adam A. Lewis**    alewis@mofo.com
- **Drew L. Lyman**    drew@drewlymanlaw.com, brenda@lymanpotente.com
- **Daniel A. McDaniel**    damplc@pacbell.net
- **Elissa D. Miller**    emiller@sulmeyerlaw.com, jbalitzer@sulmeyerlaw.com
- **Ali M.M. Mojdehi**    amojdehi@cooley.com, jgertz@cooley.com;bbyun@cooley.com;arego@cooley.com
- **Kerry A. Moynihan**    kerry moynihan@bryancave.com, apameh.vaziri@bryancave.com;raul.morales@bryancave.com
- **Aram Ordubegian**    ordubegian.aram@arentfox.com
- **Michael B. Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **Jeffrey Schlei**    Jeffrey.A.Schlei@irscounsel.treas.gov
- **Leonard M. Shulman**    lshulman@shbllp.com, twalsworth@shbllp.com
- **Gerald N. Sims**    jerrys@psdslaw.com, bonniec@psdslaw.com
- **Susan C. Stevenson**    sstevenson@psdslaw.com, bonniec@psdslaw.com
- **Susan C. Stevenson**    sstevenson@psdslaw.com, bonniec@psdslaw.com
- **Lisa Torres**    ltorres@gogglaw.com, lsundry@gogglaw.com
- **David R. Weinstein**    dweinstein@weinsteinlawfirm.net
- **Sharon Z. Weiss**    sharon.weiss@bryancave.com, raul.morales@bryancave.com
- **William E. Winfield**    wwinfield@lrmmt.com

ATTACHMENT 1

1