BARBARA SCHEANS

8815 Saint Aubin Dr.
Hale, MI 48739
989-728-5209
abscheans@centurytel.net



April 28, 2015

United States Bankruptcy Court
325 West F Street
San Diego, California 92102-6991

Dear Sir:

My father, Daniel Moir, passed away on Jan. 29, 2015. I received a letter to him from you about case No. 08-04147-CL7.
I am the executor for my father's estate so all future mail should be sent to the above address.
I have no idea what this is all about but if there is further communication, you can mail me.
Thank you.

Sincerely,

*Barbara Scheans*

Barbara Scheans