## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In re

STEAKHOUSE PARTNERS, INC.,

       Debtor.

Chapter 7

Case No. 08-04147

**REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULES 2002(a) AND (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

PLEASE TAKE NOTICE that Oracle America, Inc., successor-in-interest to Oracle USA, Inc. ("Oracle"), and MICROS Systems Inc. ("MICROS"), hereby requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

> Shawn M. Christianson, Esq.
> Buchalter Nemer, A Professional Corporation
> 55 Second Street, 17th Floor
> San Francisco, California 94105-3493
> Telephone: (415) 227-0900
> Facsimile: (415) 227-0770
> schristianson@buchalter.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Oracle's and/or MICROS': (i) right(s) to have all core matters subject to Article III jurisdiction heard and decided by a district judge; (ii) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (iii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (v) other rights,

BN 19123650V1

claims, actions, defenses, setoffs or recoupments to which Oracle and MICROS are, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

BUCHALTER NEMER,
A Professional Corporation

Dated: September 23, 2015

By: /s/ Shawn M. Christianson
Shawn M. Christianson, Esq.
55 Second Street, 17th Floor
San Francisco, CA 94105
Telephone:  (415) 227-0900
Facsimile:   (415) 227-0770

Attorneys for Creditors, Oracle America,
Inc. and MICROS Systems Inc.

**In re:  STEAKHOUSE PARTNERS, INC.**
**Case No. 08-04147**

### CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is at Buchalter Nemer, A Professional Corporation, 55 Second Street, 17th Floor, San Francisco, California 94105.

On **September 24, 2015,** I served the foregoing document described as:

### REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULES 2002(a) AND (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope or package as follows:

- Ruth Elin Auerbach    attorneyruth@sbcglobal.net

- Victoria Baker    victoria.baker@boe.ca.gov

- Bradley D. Blakeley    bblakeley@blakeleyllp.com, ecf@blakeleyllp.com

- Scott E. Blakeley    seb@blakeleyllp.com

- Julia W. Brand    jbrand@bhfs.com

- Enid M. Colson    ecolson@dgdk.com

- Jeffry A. Davis    jadavis@mintz.com, dsjohnson@mintz.com;aobrient@mintz.com;docketing@mintz.com

- Richard V. Day    rvd@rvdaylaw.com

- Joseph R. Dunn    jrdunn@mintz.com, tlmayo@mintz.com;jadavis@mintz.com;aobrient@mintz.com;dsjohnson@mintz.com;docketing@mintz.com

- Mary Testerman Duvoisin    mary.m.testerman@usdoj.gov, USTP.region15@usdoj.gov;tiffany.l.carroll@usdoj.gov

- J. Rudy Freeman    cjacobo@linerlaw.com

- Christopher V. Hawkins    hawkins@sullivanhill.com, hill@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hawkins@ecf.inforuptcy.com

- Jean M. Heinz    jeanheinz@nethere.com

- Joan S. Huh    Joan.Huh@boe.ca.gov

- James L. Kennedy    jim@jlkennedy.com, jlk@trustesolutions.net

- Dean T. Kirby    dkirby@kirbymac.com,
  jwilson@kirbymac.com;rrobinson@kirbymac.com;Jacquelyn@ecf.inforuptcy.com;twright@kirbymac.com

- Richard W. Labowe    llhlaw1631@aol.com

- Adam A. Lewis    alewis@mofo.com

- Drew L. Lyman    drew@drewlymanlaw.com

- Daniel A. McDaniel    damplc@pacbell.net

- Elissa D. Miller    emiller@sulmeyerlaw.com, jbalitzer@sulmeyerlaw.com

- Ali M.M. Mojdehi    amojdehi@cooley.com, jgertz@cooley.com;arego@cooley.com

- Kerry A. Moynihan    kerry.moynihan@bryancave.com,
  apameh.vaziri@bryancave.com;raul.morales@bryancave.com

- Aram Ordubegian    ordubegian.aram@arentfox.com

- Michael B. Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com

- Jeffrey Schlei    Jeffrey.A.Schlei@irscounsel.treas.gov

- Leonard M. Shulman    lshulman@shbllp.com, twalsworth@shbllp.com

- Gerald N. Sims    jerrys@psdslaw.com, bonniec@psdslaw.com

- Susan C. Stevenson    sstevenson@psdslaw.com, bonniec@psdslaw.com

- Susan C. Stevenson    sstevenson@psdslaw.com, bonniec@psdslaw.com

- Lisa Torres    ltorres@gogglaw.com, mmiranda@gogglaw.com

- David R. Weinstein    dweinstein@weinsteinlawfirm.net

- Sharon Z. Weiss    sharon.weiss@bryancave.com, raul.morales@bryancave.com

- William E. Winfield    wwinfield@lrmmt.com

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING:**  The foregoing documents will be served by the court via email and hyperlink to the document. On **September 24, 2015,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the persons listed above are on the Electronic Mail Notice List to receive email notice/service for this case at the email addresses stated above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on **September 24, 2015** at San Francisco, California.

Hallina Pohyar                                    /s/ Hallina Pohyar

BN 19123650V1